UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA,

　　　　　　　Plaintiff (s),

v.

PACIFIC MARITIME ASSOCIATION,
　　　　　　　Defendant(s).

No. **C 08-00119 TEH**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

　　　　　IT IS HEREBY ORDERED that this action is assigned to the Honorable Thelton E. Henderson.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order   and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

　　　　　IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov.  A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

**CASE SCHEDULE -ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|------|-------|----------------|
| 1/7/2008 | Complaint filed | |
| 3/24/2008 | *Last day to: <br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP  26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil  L.R. 16-8 |
| 4/7/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at  http://www.cand.uscourts.gov) | FRCivP 26(a) (1) <br>Civil  L.R . 16-9 |
| 4/14/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Courtroom 12, 19th Fl, SF at 1:30 PM | Civil  L.R. 16-10 |

*  If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER FOR THE HONORABLE THELTON E. HENDERSON**

1. Counsel shall consult and comply with all provisions of the Local Rules for the Northern District of California.  The parties are reminded that most procedural questions are answered in the Local Rules.  The Court will not accept any pleadings that are untimely or presented in an improper manner or form.  The Local Rules are available on the Court's website and may also be obtained from the Clerk's Office.  Any attorney who violates the Local Rules may be subject to sanctions pursuant to Civil Local Rule 1-4.

2. Counsel shall notice their motions for a Monday morning at 10:00 AM and need not reserve a specific motion hearing date.  Case management conferences are held on Mondays at 1:30 PM, and pretrial conferences are held on Mondays at 3:00 PM.

3. Parties wanting to continue hearings, request special status conferences, or make other procedural changes shall do so either by a signed stipulation and proposed order or, if a stipulation is not possible, by a written *ex parte* application and order.  Briefing schedules may not be changed by stipulation.  Any change in the hearing date does not alter the original briefing schedule unless otherwise ordered by the Court.

4. Any request to reschedule a case management conference shall be made in writing, and by stipulation if possible, at least ten calendar days prior to the scheduled case management conference date.

United States District Court

For the Northern District of California

1   5.   For Electronic Case Filing ("ECF") cases, the parties shall comply with General

2       Order 45, including the requirement regarding courtesy copies: "In all cases subject to

3       ECF, in addition to filing papers electronically, the parties are required to lodge for

4       chambers **no later than noon on the business day following the day that the papers**

5       **are filed electronically**, one paper copy of each document that is filed electronically.

6       These printed copies shall be marked 'Chambers Copy' and shall be clearly marked

7       with [Judge Henderson's] name, case number, and 'Chambers Copy-Do Not File.'

8       **The printed copies shall be delivered to the Clerk's Office.**  Parties shall not file a

9       paper copy of any document with the Clerk's Office that has already been filed

10      electronically."  General Order 45, Section VI.G (emphasis added).

11

12  6.   All discovery matters are hereby referred to a magistrate judge.  If a discovery dispute

13      arises, the parties shall call this Court's courtroom deputy, at (415) 522-2047, for

14      referral to a magistrate.

15

16  7.   Plaintiff is directed to serve copies of this order at once upon all parties to this action,

17      and upon those subsequently joined, in accordance with Federal Rules of Civil

18      Procedure 4 and 5.  Plaintiff shall file with the Court a certificate reflecting such

19      service.

20

21  **Failure to comply with this order may be deemed sufficient grounds for dismissal of**

22  **this case, entry of default, or other appropriate sanctions.**

23

24  **IT IS SO ORDERED.**

25

26  Dated:   March 9, 2007

27      THELTON E. HENDERSON, JUDGE
        UNITED STATES DISTRICT COURT

28