```
 1  MARK F. SULLIVAN, State Bar No. 111011
    LAMDIEN T. LE, State Bar No. 185331
 2  SULLIVAN TAKETA LLP
    31351 Via Colinas, Suite 205
 3  Westlake Village, California 91362-3755
    Telephone: (818) 889-2299
 4  Facsimile: (818) 889-4497
    E-mail:    mark.sullivan@calawcounsel.com
 5             dien.le@calawcounsel.com

 6  DENNIS L. KENNELLY, State Bar No. 064916
    LAW OFFICES OF DENNIS L. KENNELLY
 7  1030 Curtis Street, Suite 200
    Menlo Park, California 94025
 8  Telephone: (650) 853-1291
    Facsimile: (650) 854-7839
 9  E-mail:    secretarymlm@aol.com

10  Attorneys for Plaintiffs
```

FILED

JAN - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 0119

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | CASE NO:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Cal. Civ. L.R. 3-16] |

---
1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other           |
| 2  | than the named parties, there is no such interest to report.                                 |
| 3  |                                                                                              |
| 4  |                                         Respectfully submitted,                              |
| 5  | DATED: January 4, 2008                  SULLIVAN TAKETA LLP                                  |
| 6  |                                                                                              |
| 7  |                                                                                              |
| 8  |                                     By: _____                            |
|    |                                         Mark F. Sullivan                                     |
| 9  |                                         Attorneys for Plaintiffs                             |

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS