| Attorney or Party without Attorney: <br> Mark F. Sullivan, Bar #111011 <br> Sullivan Taketa, LLP <br> 31351 Via Colinas, Suite 205 <br> Thousand Oaks, CA 91362 <br> Telephone No: 818.889.2299    FAX No: 818.889.4497 | For Court Use Only |
|---|---|
| Attorney for: | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Applicant: Jose Ayala, et al
: Pacific Maritime Association, a California corporation, et al

| **PROOF OF SERVICE** <br> **Summons Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV080119TEH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint; Certification Of Interested Entities Or Persons; Civil Cover Sheet; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Welcome To The U.S. District Court, San Francisco; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:            Pacific Maritime Association, a California corporation
   b. Person served:           Lynn Unger

4. Address where the party was served:    555 Market Street, 3rd Floor
                                          San Francisco, CA 94105

5. I served the party:
   b. **by substituted service.** On: Thu., Jan. 17, 2008 at: 3:10PM by leaving the copies with or in the presence of:
      Lynn Unger
   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Tue., Jan. 22, 2008 from: WOODLAND HILLS, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Pacific Maritime Association, a California corporation
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Todd Brenneck                             d. The Fee for Service was:   $69.00
   b. **Amstar Express**                        e. I am: (3) registered California process server
      22136 Clarendon Street, Suite 1                 (i) Owner
      WOODLAND HILLS, CA 91367                        (ii) Registration No.:   865
   c. 818.887.2727                                   (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Jan. 22, 2008

   Judicial Council Form POS-010        PROOF OF SERVICE           (Todd Brenneck)
   Rule 982.9.(a)&(b) Rev January 1, 2007    Summons Civil Case                           556.5014