| Attorney or Party without Attorney: <br> Mark F. Sullivan, Bar #111011 <br> Sullivan Taketa, LLP <br> 31351 Via Colinas, Suite 205 <br> Thousand Oaks, CA 91362 <br> Telephone No: 818.889.2299   FAX No: 818.889.4497 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: | | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | | |
| Applicant: Jose Ayala, et al <br> : Pacific Maritime Association, a California corporation, et al | | | | | |
| **PROOF OF SERVICE** <br> **Summons Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV080119TEH | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint; Certification Of Interested Entities Or Persons; Civil Cover Sheet; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Welcome To The U.S. District Court, San Francisco; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:                                  International Longshore and Warehouse Union, Local 13, a labor organization
   b. Person served:                                 Candis Clark, person in charge

4. Address where the party was served:              100 W. Broadway, Suite 3000
                                                    Long Beach, CA 90802

5. I served the party:
   b. **by substituted service.** On: Tue., Jan. 22, 2008 at: 1:10PM by leaving the copies with or in the presence of:
      Candis Clark, person in charge
   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Fri., Jan. 25, 2008 from: WOODLAND HILLS, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: International Longshore and Warehouse Union, Local 13, a labor organization
   Other: CCP 416.95 business organization form unknown

7. **Person Who Served Papers:**                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Guillermo Verjan                                 d. *The Fee for Service was:*   $118.00
   b. **Amstar Express**                               e. I am: (3) registered California process server
      22136 Clarendon Street, Suite 1                      (i) Owner
      WOODLAND HILLS, CA 91367                             (ii) Registration No.:   4169
   c. 818.887.2727                                         (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jan. 25, 2008

Judicial Council Form POS-010               **PROOF OF SERVICE**
Rule 982.9.(a)&(b) Rev January 1, 2007      **Summons Civil Case**           (Guillermo Verjan)           556.5015