1 | ROBERT S. REMAR (SBN 100124)
PHIL A. THOMAS (SBN 248517)
2 | LEONARD CARDER, LLP
1188 Franklin St., Suite 201
3 | San Francisco, CA 94109
Tel: (415) 771-6400
4 | Fax: (415) 771-7010

5 | Attorneys for Defendant
International Longshore and Warehouse Union
6

7 | UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | JOSE AYALA, DEANDRE WHITTEN,    )    **Case No. CV-08-0119 TEH**
LEROY PHILLIPS, GONZALO TORRES,    )
11 | JOSE LINAREZ, KIMANI STAFFORD and )
JOSEPH LAWTON, individuals,    )
12 |    )    **STIPULATION TO EXTEND DATE TO**
   )    **FILE RESPONSES TO COMPLAINT**
13 |    Plaintiffs,    )
   )
14 |    v.    )
   )
15 |    )
PACIFIC MARITIME ASSOCIATION, a    )
16 | California corporation,; INTERNATIONAL )
LONGSHORE AND WAREHOUSE    )
17 | UNION, a labor organization; and    )
INTERNATIONAL LONGSHORE AND    )
18 | WAREHOUSE UNION, LOCAL 13, a labor )
organization; and DOES 1 though 10    )
19 |    )
20 |    Defendants.    )
   )
21 |    )

22

23 |    Pursuant to Local Rule 6-1(a), the parties herein, through their respective counsel,

24 | stipulate as follows:

25 |    Whereas, defendant International Longshore and Warehouse Union (the "International")

26 | and defendant Pacific Maritime Association ("PMA") were each served with the complaint

27 | herein on or about January 17, 2008, making their responses to the complaint due on or about

28

1   Wednesday, February 6, 2008;

2       Whereas defendant International Longshore and Warehouse Union Local 13 ("Local 13")

3   has not yet been served in this action but has agreed to accept service by regular mail thus

4   relieving plaintiffs of the expense of personal service;

5

6       Whereas plaintiffs have on February 4, 2008 served defendant Local 13 by regular mail

7   addressed to its offices at 320 Golden Shore Drive, Suite 300, Long Beach., California 90802

8   with a copy to Local 13's undersigned counsel;

9       Whereas the parties agree that it is most appropriate for all defendants to have the same

10  deadline for filing respective responses to the complaint;

11

12      Therefore, the parties hereby stipulate and agree that Local 13 will deem itself served by

13  plaintiffs' mailing and all defendants will have an extension to file their respective responses to

14  the Complaint to Monday, March 3, 2008.

15

16                                      Respectfully submitted,

17
    DATED: _February 4, 2008_
18                                      SULLIVAN TAKETA LLP
                                        MARK F. SULLIVAN
19                                      LAMDIEN T. LE

20

21                                      By: _____
22                                          Mark F. Sullivan
                                        Attorneys for Plaintiffs
23

24  / / /

25

26  / / /

27

28  / / /

*STIPULATION TO EXTEND DATE TO FILE RESPONSES TO COMPLAINT*
*Civil Nos. CV-08-0119 TEH*

1

2  DATED: 2-5-08

3

4

5  By: _Dennis L. Kennelly_

6

7

8  DATED: 2-5-08

9

10

11

12  By: _Robert S. Remar_

13

14

15

16  DATED: _____

17

18

19  By: _____

20

21

22

23  DATED: 2-5-08

24

25

26  By: _____

27

28

LAW OFFICES OF DENNIS L. KENNELLY
DENNIS L. KENNELLY


By: _Dennis L. Kennelly_
Dennis L. Kennelly
Attorney for Plaintiffs


LEONARD CARDER, LLP
ROBERT S. REMAR
PHIL A. THOMAS


By: _Robert S. Remar_
Robert S. Remar
Attorneys for Defendant International
Longshore and Warehouse Union


HOLGUIN GARFIELD & MARTINEZ
JOHN J. KIM


By: _____
John J. Kim
Attorneys for Defendant International
Longshore and Warehouse Union, Local 13


MORGAN LEWIS & BROCKIUS LLP
JASON M. STEELE


By: _Jason M. Steele_
Jason M. Steele
Attorneys for Defendant Pacific Maritime
Association

3
*STIPULATION TO EXTEND DATE TO FILE RESPONSES TO COMPLAINT*
*Civil Nos. CV-08-0119 TEH*

1

2    DATED: _February 4, 2008_          LAW OFFICES OF DENNIS L. KENNELLY
                                        DENNIS L. KENNELLY
3

4                                       By: _FOR DENNIS L. KENNELLY_
5                                           Dennis L. Kennelly
                                        Attorney for Plaintiffs
6

7

8    DATED:_____                   LEONARD CARDER, LLP
                                        ROBERT S. REMAR
9                                       PHIL A. THOMAS

10

11                                      By:_____
                                            Robert S. Remar
12                                      Attorneys for Defendant International
                                        Longshore and Warehouse Union
13

14

15   DATED: _2/4/08_                    HOLGUIN GARFIELD & MARTINEZ
                                        JOHN J. KIM
16

17

18   By:_____
                                            John J. Kim
19                                      Attorneys for Defendant International
                                        Longshore and Warehouse Union, Local 13
20

21

22   DATED: _____                  MORGAN LEWIS & BROCKIUS LLP
                                        JASON M. STEELE
23

24

25                                      By:_____
                                            Jason M. Steele
26                                      Attorneys for Defendant Pacific Maritime
                                        Association
27

28