ROBERT S. REMAR (SBN 100124)
PHIL A. THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

Attorneys for Defendant
International Longshore and Warehouse Union

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD and JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 though 10<br><br>Defendants. | Case No. CV-08-0119 TEH<br><br>**STIPULATION TO EXTEND DATE TO FILE RESPONSES TO COMPLAINT** |

    Pursuant to Local Rule 6-1(a), the parties herein, through their respective counsel, stipulate as follows:

    Whereas, defendant International Longshore and Warehouse Union (the "International") and defendant Pacific Maritime Association ("PMA") were each served with the complaint herein on or about January 17, 2008, making their responses to the complaint due on or about

1  Wednesday, February 6, 2008;

2  Whereas defendant International Longshore and Warehouse Union Local 13 ("Local 13")
3  has not yet been served in this action but has agreed to accept service by regular mail thus
4
5  relieving plaintiffs of the expense of personal service;

6  Whereas plaintiffs have on February 4, 2008 served defendant Local 13 by regular mail
7  addressed to its offices at 320 Golden Shore Drive, Suite 300, Long Beach, California 90802
8  with a copy to Local 13's undersigned counsel;

9  Whereas the parties agree that it is most appropriate for all defendants to have the same
10 deadline for filing respective responses to the complaint;
11
12 Therefore, the parties hereby stipulate and agree that Local 13 will deem itself served by
13 plaintiffs' mailing and all defendants will have an extension to file their respective responses to
14 the Complaint to Monday, March 3, 2008.

15

16                                          Respectfully submitted,
17
18 DATED: February 4, 2008              SULLIVAN TAKETA LLP
                                        MARK F. SULLIVAN
19                                      LAMDIEN T. LE

20
21                                      By: _____
22                                          Mark F. Sullivan
                                            Attorneys for Plaintiffs
23
24 / / /
25
26 / / /
27
28 / / /



IT IS SO ORDERED
Judge Thelton E. Henderson
02/06/08

| | |
|---|---|
| 1 | |
| 2  DATED: 2-5-08 | LAW OFFICES OF DENNIS L. KENNELLY<br>DENNIS L. KENNELLY |
| 3 | |
| 4 | |
| 5 | By: _/s/ Dennis L. Kennelly_ |
| 6 | Dennis L. Kennelly<br>Attorney for Plaintiffs |
| 7 | |
| 8  DATED: 2-5-08 | LEONARD CARDER, LLP<br>ROBERT S. REMAR |
| 9 | PHIL A. THOMAS |
| 10 | |
| 11 | |
| 12 | By: _/s/ Robert S. Remar_ |
| 13 | Robert S. Remar<br>Attorneys for Defendant International |
| 14 | Longshore and Warehouse Union |
| 15 | |
| 16  DATED: _____ | HOLGUIN GARFIELD & MARTINEZ<br>JOHN J. KIM |
| 17 | |
| 18 | |
| 19 | By: _____ |
| 20 | John J. Kim<br>Attorneys for Defendant International |
| 21 | Longshore and Warehouse Union, Local 13 |
| 22 | |
| 23  DATED: 2-5-08 | MORGAN LEWIS & BROCKIUS LLP |
| 24 | JASON M. STEELE |
| 25 | |
| 26 | By: _/s/ Jason M. Steele_ |
| 27 | Jason M. Steele<br>Attorneys for Defendant Pacific Maritime |
| 28 | Association |

3
STIPULATION TO EXTEND DATE TO FILE RESPONSES TO COMPLAINT
Civil Nos. CV-08-0119 TEH

DATED: *February 4, 2008*

LAW OFFICES OF DENNIS L. KENNELLY
DENNIS L. KENNELLY

By: *For Dennis L. Kennelly*
   Dennis L. Kennelly
   Attorney for Plaintiffs

DATED: _____

LEONARD CARDER, LLP
ROBERT S. REMAR
PHIL A. THOMAS

By: _____
   Robert S. Remar
Attorneys for Defendant International
Longshore and Warehouse Union

DATED: 2/4/08

HOLGUIN GARFIELD & MARTINEZ
JOHN J. KIM

By: _____
   John J. Kim
Attorneys for Defendant International
Longshore and Warehouse Union, Local 13

DATED: _____

MORGAN LEWIS & BROCKIUS LLP
JASON M. STEELE

By: _____
   Jason M. Steele
Attorneys for Defendant Pacific Maritime
Association