AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

__Northern__ DISTRICT OF __California__

JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON

V.

PACIFIC MARITIME ASSOCIATION, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 13

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: CV-08-0119-TEH

**NOTICE**

To: JOHN KIM, HOLGUIN & GARFIELD ALPC, 800 WEST SIXTH STREET, SUITE 950, LOS ANGELES, CA 90017
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on __February 4, 2008__.
Date

_____
Signature of Sender

Mark F. Sullivan, Esq.
Name of Sender

31351 Via Colinas, Suite 205
Westlake Village, CA 91362
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on __2/6/08__ at __800 W. 6th St., Ste 950 Los Angeles CA 90017__
Date of Receipt                                        Address

__2/6/08__
Date of Signature

_____
Signature

__John Kim__
Name (Please Type or Print)

__Attorney__
Relationship of Entity Served or Authority to Receive Service of Process

__800 W. 6th St., Ste 950 Los Angeles CA 90017__
Current Address

AO-440A