IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA,    No. C 08-00119 TEH

       Plaintiff,    **Clerk's Notice Rescheduling Hearing**

v.

PACIFIC MARITIME ASSOCIATION,

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 04/14/08 at 1:30 PM has been rescheduled for **Monday, 05/19/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

All other deadlines in the initial case management scheduling order filed on 01/07/08 remain in effect.

Dated:  March 4, 2008    FOR THE COURT,

    Richard W. Wieking, Clerk

    By: _____
    R. B. Espinosa
    Deputy Clerk