MARK F. SULLIVAN, State Bar No. 111011
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile:  (818) 889-4497
E-mail:     mark.sullivan@calawcounsel.com
            dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile:  (650) 854-7839
E-mail:     secretarymim@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>                    Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>**DECLARATION OF DEANDRE WHITTEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION OF CONTRACTUAL GRIEVANCE ARBITRATION PROCESS AND TO DISMISS FOR FALURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

I, DEANDRE WHITTEN, hereby declare as follows:

1. I am a registered Class A Longshoreman and a member of Local 10 of the International Longshore and Warehouse Union ("ILWU"), which represents Longshore workers in the ports of San Francisco and Oakland. I am one of the seven named Plaintiffs in the above-captioned Action. I have personal knowledge of the matters stated herein and could testify competently thereto if called as a witness.

2. In or about the first six months of 2007, I telephoned the Pacific Maritime Association ("PMA") office in the Los Angeles area to see about getting on the Los Angeles-Long Beach Joint Port Labor Relations Committee ("JPLRC") agenda on the subject of my transfer from Local 10 to Local 13. This followed the approval I had received from the Joint Port Labor Relations Committee for the Port of San Francisco-Oakland. In that call, the PMA official, whose name I cannot recall, told me that PMA could *not* put me on the Los Angeles-Long Beach Joint Port Labor Relations Committee agenda on the subject of a transfer. Rather, I was told, it was only Local 13 of the ILWU (the local based in Los Angeles-Long Beach) and their officers who could do this.

3. I subsequently talked to Local 13 Secretary-Treasurer Frank Ponce de Leon about being placed on the Joint Port Labor Relations Committee agenda for the consideration of my transfer request. Mr. Ponce de Leon told me that I had to appear before the Local 13 Executive Board for the approval of my transfer request and then seek the approval of the Union Membership at a Union Meeting before my transfer request would be placed on the JPLRC Agenda. I told Mr. Ponce de Leon that this was a contract issue and not an Executive Board issue. Mr. Ponce de Leon responded by accusing me of trying to set up a lawsuit against the Local Union.

4. Since my discussion with Mr. Ponce de Leon, I have heard nothing from any representative of Local 13 about the disposition of my transfer request.

5. I have never seen any written confirmation of any alleged procedures that require those seeking to transfer into Local 13, pursuant to Supplement I of the Pacific

1 Coast Labor Contract Document (PCLCD), to secure Local 13 Executive Board and
2 membership approval as a condition of their transfer request being brought by Local 13
3 to the Los Angeles-Long Beach JPLRC for approval.
4     I declare under penalty of perjury under the laws of the State of California that the
5 foregoing is true and correct.
6     Executed on March 28, 2008, at Oakland, California.

*[signature]*
DEANDRE WHITTEN

---

3
DECLARATION OF DEANDRE WHITTEN IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION