MARK F. SULLIVAN, State Bar No. 111011
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile: (818) 889-4497
E-mail: mark.sullivan@calawcounsel.com
dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839
E-mail: secretarymim@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>**DECLARATION OF LEROY PHILLIPS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION OF CONTRACTUAL GRIEVANCE ARBITRATION PROCESS AND TO DISMISS FOR FALURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

I, LEROY PHILLIPS, hereby declare as follows:

1. I am a Class A Longshoreman and a member of Local 10 of the International Longshore and Warehouse Union ("ILWU"). I am one of the seven named Plaintiffs in the above-captioned action.

2. For reasons outlined in the Complaint in this action, I have been interested in securing a transfer from the Port of San Francisco-Oakland to the Port of Los Angeles-Long Beach. This would involve a transfer from ILWU Local 10 to ILWU Local 13. There is a procedure to effect such a transfer, which is outlined in Section I of the Pacific Coast Labor Contract Document ("PCLCD").

3. While awaiting the ability to transfer being approved by the Joint Port Labor Relations Committees in the two Ports as outlined in Supplement I, I, along with the other named Plaintiffs in this action, often "visited" the Port of Los Angeles-Long Beach as provided in the PCLCD and worked through the Local 13 Hiring Hall in the Port of Los Angeles.

4. While I was there, we were allowed to check in as "Visitors" in the Local 13 Hiring hall for up to thirty days at a time. This privilege was sharply curtailed soon after it became known that the named Plaintiffs in the action, and another Local Member Lee Lindenberg, were seeking to transfer to Local 13 Membership as contemplated in Supplement I of the PCLCD.

5. On or about November 27, 2003, I was awaiting an audience with the Local 13 Executive Board at the Local 13 Hall in Wilmington, California. While the Executive Board was meeting behind closed doors, I was waiting outside of their meeting place with a number of fellow "visitors", including Jose Ayala. Even though the doors were closed, I could clearly hear the discussions that the Executive Board members were having. When the subject of what to do about the requests that a number of Local 10 members had made to transfer to the Port of Los Angeles-Long Beach under Supplement I came up, I heard a voice I knew to be Local 13's then-Vice President and Executive Board member Tim Perdue speak up. I clearly heard Mr.

1  Perdue say that he would "Flood the Hall before I [Perdue] allowed a Local 10 man to
2  transfer to Local 13. This is our Port."

3      6.    I understood Mr. Perdue's comment to mean that he would create enough
4  new members of Local 13 through the elevation of "Casuals" to "B" men to prevent
5  there being any work left for the transferred men.

6      I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct.

8      Executed on March 28, 2008, at Oakland, California.

        LEROY PHILLIPS

---

3

DECLARATION OF LEROY PHILLIPS IN SUPPORT OF PLAINTIFFS'