MARK F. SULLIVAN, State Bar No. 111011
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile: (818) 889-4497
E-mail:   mark.sullivan@calawcounsel.com
          dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839
E-mail:   secretarymim@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>**DECLARATION OF SHARYN CASALY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION OF CONTRACTUAL GRIEVANCE ARBITRATION PROCESS AND TO DISMISS FOR FALURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

I, SHARYN CASALY, hereby declare as follows:

1

1. I am employed in the office of Sullivan Taketa LLP. I am over the age of 18 and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to each fact.

2. On March 25, 2008, I listened to and transcribed the voicemail message recorded on the telephone answering machine of Plaintiff Jose Ayala. Below is an exact word for word transcription of this recorded message:

> "Good morning this is Mike Freese from Local 13, I'm one of the LRC reps and this call is for Jose Ayala. I just want to inform you brother that our office staff does not have the authority to put people on the agenda without officers' approval for any LRC. So, for you to try to bypass the officers and speak to my secretary will do you no good. I spoke to some of the other members from your Local and talked to our officers. We will address this issue, but it's not going to help you by trying to bypass our officers by going behind our backs and get on the LRC. Just to let you know brother. Bye."

3. In my opinion, the tone of the speaker's voice in the above recording is intimidating. Accordingly, lest the tone be missed, attached hereto as Exhibit "A" is an audio recording on a CD disc with a true and correct audio recording of this voicemail message from Mike Freese. Because this audio recording cannot be e-filed with the Court under the current ECF program, Plaintiffs have attached the CD of the audio recording to the Court's courtesy copy, and have separately mailed (via overnight mail) a copy of the CD to all parties. This CD should play on most computers using any basic

computer audio recording program that recognizes the ".wav" format. We have also played it on a standard CD audio player without a computer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2008, at Westlake Village, California.

*[signature]*

SHARYN CASALY