MARK F. SULLIVAN, State Bar No. 111011
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile:  (818) 889-4497
E-mail:    mark.sullivan@calawcounsel.com
           dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile:  (650) 854-7839
E-mail:    secretarymim@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>         Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>         Defendants. | Case No.:  CV-08-0119-TEH<br><br>[Complaint Filed:  January 7, 2008]<br><br>**DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION OF CONTRACTUAL GRIEVANCE ARBITRATION PROCESS AND TO DISMISS FOR FALURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

I, JOSÉ AYALA, hereby declare as follows:

1

1        1.    I am the first-named Plaintiff in the above-captioned lawsuit (hereinafter

2    referred to as the "Action"). I have personal knowledge of the matters addressed in

3    this Declaration and, if I were called as a witness, I could and would testify

4    competently to these matters.

5        2.    As is explained in the Complaint in this Action, at page 2, paragraph 1, I

6    was first "elevated" and registered as a longshoreman in the Port of San Francisco-

7    Oakland in approximately 1998. However, like my co-Plaintiffs and like the other

8    longshore employees that I know in the Port of San Francisco-Oakland, before being

9    elevated, I worked as a so-called "casual" doing longshore jobs in the Port of San

10    Francisco-Oakland. As part of becoming registered as a longshoreman, I became a

11    member of the International Longshore and Warehouse Union ("ILWU") and of its

12    affiliate in the Port of San Francisco-Oakland, International Longshore and

13    Warehouse Union, Local 10 ("Local 10"). I have continuously worked as a

14    longshore employee and have continuously been a member in good standing of the

15    ILWU and of Local 10 to the present date. As a result of training received from the

16    ILWU and on-the-job experience, I am a fully-registered Class A longshore

17    employee, and I have obtained and hold specialized qualifications in a number of

18    positions, which involve crane and power equipment operation requiring special

19    training.

20        3.    For reasons outlined in the Complaint, I and my co-Plaintiffs have all had

21    personal changes of circumstances making a transfer to the Port of Los Angeles-Long

22    Beach highly desirable. Beginning at page 5, line 25, the Declaration of Ray Ortiz,

23    Jr., which was submitted by Defendants, sets out the provisions of the Pacific Coast

24    Labor Contract Document ("PCLCD"), which specifically state the coast-wide

25    seniority right of a longshoreman and the right to obtain a transfer. That this is a

26    seniority right is clear in the provisions of PCLCD Supplement I, paragraph 1.6,

27    which Mr. Ortiz states verbatim in his declaration at page 7, lines 1-4, namely:

28

DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

1.6   Hereunder, a fully registered longshoreman may transfer only to fully registered status as a longshoreman in another port.  The place of the transferred man on the Class A list of the port top which he transfers shall be determined by his total Class A and Class B registered time as compared to such time of those on the Class A list of the port to which he transfers.

4.   Mr. Ortiz's Declaration fails to reference the next provision of PCLCD Supplement I. paragraph 1.7, which, in its second sub-paragraph makes it clear that the duty to give consideration to an applicant for transfer is mandatory and not purely discretionary, even in the case of junior A Men and newly elevated B Men:

1.7 Fully registered men having less than 1 year of such status and limited registered men may apply for inclusion on the limited registered list of another port and consideration shall be given to the work and availability record under the Pacific Coast Longshore Agreement in taking action on such applications.

An   application   of   such   longshoreman   for   limited registration in the second port *shall be considered without discrimination* based upon his failure to be a resident of the port to which application is made provided the Joint Port Labor Relations Committee of the port where he has limited registration certifies to the Joint Port Labor Relations Committee of the port where application is made that the applicant has a fully satisfactory record as a longshoreman in the port where registered and that there is no reason to interfere

3

1    with his transfer that is deemed sufficient by the Joint Port

2    Labor Relations Committee . . . .

3  (Emphasis added.)

4

5    5.    When I first developed my need to work in the Port of Los Angeles-Long

6  Beach, I went to the Local 13 dispatching hall and was repeatedly allowed to check in

7  as a visitor at the dispatch hall of Local 13, the ILWU affiliate in the Port of Los

8  Angeles-Long Beach. This was before the mass elevation in 2004 of casuals in the

9  Port of Los Angeles-Long Beach and there was ample work in this port, particularly

10  for a Class A longshoreman with the special equipment qualifications that I held as

11  an experienced worker. I began inquiring about how to obtain a permanent transfer

12  under PCLCD Supplement I and quickly learned that there was a supposed-rule that

13  Local 13 would not let transferees in from Local 10 except on a book-for-book basis,

14  that is, only when a Local 13 person would swap books with a Local 10 person. I

15  asked other longshoremen about this rule and was told it was unwritten. I was also

16  told by other longshoremen that if you wanted to transfer in to Local 13 you basically

17  had to buy a book. I found this rumor to be unsettling because, if true, it was

18  contrary to my deeply-held beliefs on how our union should operate.

19    6.    Attached hereto as Exhibit "1" are true and correct copies of the lists of

20  active longshore registrants in the Port of Los Angeles-Long Beach for each of the

21  years 2000 through 2007. These lists are posted on the Internet as public records by

22  Defendant Pacific Maritime Association (PMA). As these eight pages show, the Port

23  of Los Angeles-Long Beach had approximately 4,500 total Class A and Class B

24  longshoremen until 2003 when the list began to grow. In 2003 and 2004, the list

25  swelled dramatically with large additions ("elevations") of B Men. These elevations

26  of casuals continued and continue to the present date. Attached hereto as Exhibit "2"

27  are true and correct copies of the "Elevation Review" bulletins from Local 13's

28

4

1    Internet site showing that Local 13 is continually registering new workers in the Port

2    of Los Angeles – Long Beach, contrary to the assertion by Ray Ortiz, Jr., in his

3    declaration at page 5, lines 4-6, that such additions are only done "sporadically at

4    intervals of several years."

5        7.    As Local 13 began elevating casuals in 2003, I and other Local 10

6    visitors began to request more earnestly that we be allowed to transfer officially into

7    Local 13. One Local 10 Class A member, Lee Lindenberg, was working as a visitor

8    in the Port of Los Angeles-Long Beach along with me and my co-Plaintiffs and he

9    was quite vocal in protesting the enforcement of the unwritten book-for-book rule,

10   particularly when Local 13 was elevating casuals and even advertising in the

11   newspapers for a lottery-like drawing to become longshore employees.  Mr.

12   Lindenberg filed at least one grievance that I know of because he asked to list me and

13   several of my Local 10 co-Plaintiffs as witnesses and, in 2004, he sued the union in

14   federal court in Los Angeles.  During this period, Mr. Lindenberg was denied the

15   right even to work on a temporary basis in the Port of Los Angeles-Long Beach.  I

16   and other visitors from Local 10 were aware of this from comments and from a note

17   posted at the Local 13 hiring hall dispatch window advising Mr. Lindenberg that he

18   should go home to the Port of San Francisco-Oakland.  I believed that this was an act

19   of retaliation against Mr. Lindenberg and a message to me and my colleagues from

20   Local 10 about any further protests of the denial of what we thought was our clear

21   right to a transfer under the PCLCD Supplement I.  At about this same time, the

22   procedure used for checking in as a visitor changed for all of us.  We had to volunteer

23   from the floor of the hall daily, and we also started being dispatched after Local 13's

24   newly-elevated B Men.  We were being dispatched with the casuals who were brand

25   new people almost literally off the street.  In effect, we lost all seniority rights, let

26   alone the rights we should have had as A Men in good standing.

27

28

DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

8.    I consider myself absolutely loyal to the union and an ardent supporter of union solidarity, and I did not want to protest or litigate. Instead, in September 2005, I and my co-Plaintiffs, and other frustrated members of Local 10, wrote a letter informally appealing to the Joint Coast Labor Relations Committee ("JCLRC"). Attached hereto as Exhibit "3" is a true and correct copy of this September 2005 letter and of the certified mail receipts for the same. This letter stated in its opening paragraph the problem and issue that continues to the present, namely, our requests for transfer are never answered.

9.    The PCLCD Supplement I essentially creates a two-step process for a longshore worker who wishes to transfer. The specific provisions are set out at page 6, lines 8-27 of the Declaration of Ray Ortiz, Jr. The first step is to receive the approval of the Port from which the longshoreman is transferring. This approval is provided by the Joint Port Labor Relations Committee ("JPLRC") of that Port. The transfer, once approved, goes to the JPLRC of the Port to which the transfer is proposed for approval.

10.    At page 7, lines 8-28, Mr. Ortiz's Declaration sets out verbatim the "No Discrimination" provisions of the PCLCD. The PCLCD does permit an aggrieved individual to institute a grievance on his own in the case of discrimination or harassment "based on race, creed, color, sex (including gender, pregnancy, sexual orientation), age (forty or over), national origin, or religious or political beliefs, or alleging retaliation of any kind for filing or supporting a complaint of such discrimination or harassment." See Exhibit "A" to the Declaration of Ray Ortiz, Jr., Letter of Understanding at page 229. However, a grievance over discrimination in dispatching or registering is not governed by this provision, but instead must be presented to the JPLRC. The JPLRC is precisely the same body that receives and decides a transfer request. See Exhibit "A" to the Declaration of Ray Ortiz, Jr., at page 227:

DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

5.   **Grievance Procedures for Challenges to Contractual Provisions or Rules, Including Claims for Registration or Selection for Casual Status, or Other Section 13.3 Claims; and Procedures for Requests for Reasonable Accommodation of Disabilities**  ". . . discrimination claims seeking elevation, registration or selection for casual status . . . are not to be filed under the Special Section 13.2 Grievance Procedures, but instead are to be filed and processed with the Joint Port Labor Relations Committee (JPLRC) under the grievance procedures in Section 17.4 of the PCLCA [a/k/a PCLCD]."

Thus, if and my co-Plaintiffs had ever received a response to our transfer request from the Port of Los Angeles – Long Beach JPLRC, our supposed-right to grieve under section 17.4 of the PCLCD would have been to the same decision-making body.

11.   In March 2007, after waiting eighteen months for a response to the September 2005 informal appeal to the JCLRC (see Exhibit "3" attached hereto), I and my fellow Local 10 applicants began the process of following PCLCD Supplement I as literally as possible.  We first requested the approval of Local 10 and of the San Francisco-Oakland Joint Port Labor Relations Committee for transfer to the Port of Los Angeles-Long Beach.  I was joined in this request by my co-Plaintiffs, Deandre Whitten, Leroy Phillips, Gonzalo Torres, Jose Linares, Kimani Stanford and Joseph Lawton.

12.   I and my co-Plaintiffs received the necessary approval from the San Francisco-Oakland Joint Labor Relations Committee (JPLRC).  Attached hereto as Exhibit "4" is a true and correct copy of the minutes of the March 29, 2007, meeting

DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

1    of the San Francisco-Oakland JPLRC at which this approval was granted. The

2    specific request and approval is set out in detail at page 2 of Exhibit "4." Local 10

3    indicated that they would be forwarding the transfer approval of the San Francisco-

4    Oakland JPLRC to Local 13.

5        13.    I and my co-Plaintiffs heard nothing further and, on May 24, 2007, at our

6    request, Local 10's Secretary-Treasurer, Farless F. Dailey, III, forwarded my name

7    and the names of my six co-Plaintiffs in this Action to the Local 13 Secretary-

8    Treasurer Frank Ponce de Leon as having been approved for transfer. Attached

9    hereto as Exhibit "5" is a true and correct copy of this May 24, 2007, letter to Local

10   13. (This letter was also previously attached as the third page of Exhibit "A" to the

11   Complaint.) This letter was very direct in requesting consideration by the Port of Los

12   Angeles – Long Beach JPLRC. It specifically states: "Please address this issue at

13   your next LRC Meeting."

14       14.    After Exhibit "5" had been sent to Local 13, I called a Local 13 officer,

15   Mike Freese, who represents the union at the Port of Los Angeles-Long Beach

16   JPLRC, requesting that my transfer and those of my co-Plaintiffs be placed on the

17   JPLRC agenda. I left a message with Mr. Freese's secretary and, on or about June 6,

18   2007, I received a voicemail message response from Mr. Freese, which was left on

19   my telephone answering machine. I forwarded this voicemail to my attorneys, and

20   the transcription of this voicemail has now been made by Sharyn Casaly, which is set

21   out in her declaration being filed concurrently with the Court. In the voicemail

22   message, Mr. Freese stated that the Local 13 officers would consider the transfer

23   request, but that never happened.

24       15.    After receiving this voicemail message from Mr. Freese, I called him

25   back and asked him if he was denying me the right to go to the JPLRC. Mr. Freese

26   was silent and did *not* give me any response to this question.

27

28

DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

16.    On July 17, 2007, after giving Mr. Freese the benefit of the doubt and after waiting to see if the Local 13 officers would in fact consider the transfer request, I and my co-Plaintiffs sent the Secretary-Treasurer of Local 13 a letter once again requesting that our transfer requests be placed before the Los Angeles-Long Beach JPLRC for consideration and approval. Attached hereto as Exhibit "6" is a true and correct copy of this July 17, 2007, letter. (This letter was also previously attached as Exhibit "A" to the Complaint.")

17.    On September 5, 2007, after still having received no response, I had my attorneys write a letter to the JCLRC, as it is the reviewing body over the JPLRCs. Attached hereto as Exhibit "7" is a true and correct copy of this September 5, 2007, letter. (This letter was also previously attached as Exhibit "B" to the Complaint.)

18.    In his declaration at pages 8-9, paragraphs 14 and 15, Ray Ortiz, Jr., acknowledges that the Port of Los Angeles-Long Beach JPLRC had in fact received the transfer requests. However, he erroneously states (contrary to the March 29, 2007, minutes of the San Francisco-Oakland JPLRC, see Exhibit "4" attached hereto) that the San Francisco-Oakland JPLRC had not as yet approved 4 of the 7 transfers.

19.    In his declaration at pages 9, paragraph 16, Ray Ortiz, Jr., recites an excerpt from the letter response of the JCLRC to my attorneys' letter of September 5, 2007, namely, they were sending the request back to the Los Angeles-Long Beach JPLRC. After this letter, neither I nor my co-Plaintiffs nor my attorneys heard anything further from the JCLRC, the Port of Los Angeles-Long Beach JPLRC, Local 13 or any other entity or body.

20.    I am informed, and believe, that at least three former presidents of Local 10 have had discussions with Local 13 officers over the years about facilitating the transfer of Local 10 members to Los Angeles.

21.    Attached hereto as Exhibit "8" are true and correct copies of excerpted relevant pages from the ILWU Constitution (as amended May 2006) relating to

9

DECLARATION OF JOSÉ AYALA IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

1    "Article V Powers and Duties of Locals", "Article XVII Transfers", and "Article

2    XVIII Visiting Members, Traveling Cards."

3       22.    Attached hereto as Exhibit "9" are true and correct copies of excerpted

4    relevant pages from the Local 13 Constitution relating to "Section 6. Job Rights."

5       I declare under penalty of perjury under the laws of the State of California that the

6    foregoing is true and correct.

7       Executed on March 27, 2008, at Oakland, California.

8

9

10       JOSE AYALA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "1"

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2000 through December, 2000
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore | | | Mechanics | | |
|------|-------|-------------|-----------|-----|-------|-----------|-----|-------|
|      |       |             | A | B | Total | A | B | Total |
| 2000 | Jan | 4,037 | 2,862 | 701 | 3563 | 463 | 11 | 474 |
|      | Feb | 4,025 | 2,856 | 695 | 3551 | 463 | 11 | 474 |
|      | Mar | 4,090 | 2,818 | 807 | 3625 | 452 | 13 | 465 |
|      | Apr | 4,091 | 2,911 | 715 | 3626 | 452 | 13 | 465 |
|      | May | 4,187 | 2,908 | 815 | 3723 | 451 | 13 | 464 |
|      | Jun | 4,333 | 2,899 | 965 | 3864 | 449 | 20 | 469 |
|      | Jul | 4,323 | 2,893 | 960 | 3853 | 448 | 22 | 470 |
|      | Aug | 4,333 | 2,949 | 914 | 3863 | 448 | 22 | 470 |
|      | Sep | 4,336 | 3,010 | 844 | 3854 | 449 | 33 | 482 |
|      | Oct | 4,324 | 3,004 | 837 | 3841 | 452 | 31 | 483 |
|      | Nov | 4,327 | 3,008 | 832 | 3840 | 452 | 35 | 487 |
|      | Dec | 4,364 | 3,077 | 788 | 3865 | 452 | 47 | 499 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2001 through December, 2001
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore | | | Mechanics | | |
|---|---|---|---|---|---|---|---|---|
| | | | A | B | Total | A | B | Total |
| 2001 | Jan | 4,408 | 3,140 | 769 | 3909 | 458 | 41 | 499 |
| | Feb | 4,402 | 3,190 | 713 | 3903 | 458 | 41 | 499 |
| | Mar | 4,452 | 3,198 | 754 | 3952 | 456 | 44 | 500 |
| | Apr | 4,527 | 3,206 | 819 | 4025 | 453 | 49 | 502 |
| | May | 4,538 | 3,208 | 819 | 4027 | 453 | 58 | 511 |
| | Jun | 4,545 | 3,211 | 823 | 4034 | 460 | 51 | 511 |
| | Jul | 4,548 | 3,235 | 797 | 4032 | 458 | 58 | 516 |
| | Aug | 4,542 | 3,237 | 789 | 4026 | 460 | 56 | 516 |
| | Sep | 4,545 | 3,241 | 781 | 4022 | 469 | 54 | 523 |
| | Oct | 4,544 | 3,248 | 773 | 4021 | 473 | 50 | 523 |
| | Nov | 4,563 | 3,250 | 770 | 4020 | 477 | 46 | 523 |
| | Dec | 4,539 | 3,251 | 763 | 4014 | 476 | 49 | 525 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2002 through December, 2002
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore | | | Mechanics | | |
|------|-------|-------------|-----------|-----|-------|-----------|-----|-------|
| | | | A | B | Total | A | B | Total |
| 2002 | Jan | 4,539 | 3,260 | 757 | 4017 | 473 | 49 | 522 |
| | Feb | 4,534 | 3,254 | 759 | 4013 | 485 | 36 | 521 |
| | Mar | 4,512 | 3,237 | 756 | 3993 | 483 | 36 | 519 |
| | Apr | 4,488 | 3,218 | 752 | 3970 | 486 | 32 | 518 |
| | May | 4,486 | 3,217 | 751 | 3968 | 486 | 32 | 518 |
| | Jun | 4,481 | 3,216 | 748 | 3964 | 490 | 27 | 517 |
| | Jul | 4,472 | 3,257 | 695 | 3952 | 490 | 30 | 520 |
| | Aug | 4,466 | 3,313 | 633 | 3946 | 507 | 13 | 520 |
| | Sep | 4,459 | 3,364 | 575 | 3939 | 507 | 13 | 521 |
| | Oct | 4,455 | 3,424 | 510 | 3934 | 508 | 13 | 559 |
| | Nov | 4,493 | 3,489 | 445 | 3934 | 508 | 51 | 559 |
| | Dec | 4,488 | 3,488 | 441 | 3929 | 518 | 41 | 559 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2003 through December, 2003
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore | | | Mechanics | | |
|------|-------|-------------|-----------|-----|-------|-----------|-----|-------|
| | | | A | B | Total | A | B | Total |
| 2003 | Jan | 4,737 | 3,497 | 681 | 4178 | 518 | 41 | 559 |
| | Feb | 4,730 | 3,556 | 615 | 4171 | 518 | 41 | 559 |
| | Mar | 4,796 | 3,592 | 598 | 4190 | 517 | 89 | 606 |
| | Apr | 4,849 | 3,592 | 651 | 4243 | 517 | 89 | 606 |
| | May | 4,962 | 3,601 | 755 | 4256 | 517 | 89 | 606 |
| | Jun | 5,093 | 3,596 | 891 | 4487 | 517 | 89 | 606 |
| | Jul | 5,111 | 3,592 | 889 | 4481 | 518 | 112 | 630 |
| | Aug | 5,122 | 3,655 | 820 | 4475 | 521 | 126 | 647 |
| | Sep | 5,125 | 3,650 | 812 | 4462 | 521 | 146 | 667 |
| | Oct | 5,125 | 3,618 | 869 | 4487 | 502 | 146 | 648 |
| | Nov | 5,181 | 3,562 | 972 | 4534 | 501 | 146 | 647 |
| | Dec | 5,218 | 3,558 | 1,001 | 4559 | 538 | 121 | 659 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2004 through December, 2004
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore A | B | Total | Mechanics A | B | Total |
|------|-------|-------------|-------------|------|-------|-------------|-----|-------|
| 2004 | Jan | 5,208 | 3,589 | 960 | 4549 | 535 | 124 | 659 |
|      | Feb | 5,195 | 3,576 | 960 | 4536 | 535 | 124 | 659 |
|      | Mar | 5,184 | 3,625 | 900 | 4525 | 535 | 124 | 659 |
|      | Apr | 5,265 | 3,630 | 978 | 4608 | 581 | 76 | 657 |
|      | May | 5,315 | 3,627 | 1,032 | 4659 | 580 | 76 | 656 |
|      | Jun | 5,391 | 3,612 | 1,123 | 4725 | 581 | 75 | 656 |
|      | Jul | 5,414 | 3,588 | 1,180 | 4768 | 571 | 75 | 646 |
|      | Aug | 5,503 | 3,561 | 1,299 | 4860 | 568 | 75 | 643 |
|      | Sep | 5,801 | 3,546 | 1,612 | 5158 | 609 | 34 | 643 |
|      | Oct | 6,518 | 3,733 | 2,143 | 5876 | 627 | 15 | 642 |
|      | Nov | 6,777 | 3,810 | 2,317 | 6127 | 639 | 11 | 650 |
|      | Dec | 6,980 | 3,936 | 2,403 | 6339 | 629 | 12 | 641 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2005 through December, 2005
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore A | B | Total | Mechanics A | B | Total |
|------|-------|-------------|-------------|------|-------|-------------|------|-------|
| 2005 | Jan | 6,926 | 3,991 | 2,295 | 6286 | 628 | 12 | 640 |
| | Feb | 6,894 | 3,961 | 2,283 | 6244 | 630 | 20 | 650 |
| | Mar | 6,827 | 3,905 | 2,272 | 6177 | 630 | 20 | 650 |
| | Apr | 6,739 | 3,832 | 2,266 | 6098 | 621 | 20 | 641 |
| | May | 6,766 | 3,838 | 2,259 | 6097 | 618 | 50 | 669 |
| | Jun | 6,742 | 3,808 | 2,265 | 6073 | 619 | 50 | 669 |
| | Jul | 6,837 | 3,804 | 2,364 | 6168 | 619 | 50 | 668 |
| | Aug | 6,945 | 3,801 | 2,476 | 6277 | 618 | 50 | 668 |
| | Sep | 7,022 | 3,801 | 2,553 | 6354 | 618 | 50 | 666 |
| | Oct | 7,024 | 3,776 | 2,582 | 6358 | 616 | 50 | 688 |
| | Nov | 7,048 | 3,777 | 2,583 | 6360 | 615 | 73 | 688 |
| | Dec | 7,050 | 3,798 | 2,564 | 6362 | 615 | 73 | 688 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2006 through December, 2006
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore | | | Mechanics | | |
|------|-------|-------------|-----------|---|---|-----------|---|---|
| | | | A | B | Total | A | B | Total |
| 2006 | Jan | 7,072 | 3,818 | 2,543 | 6361 | 623 | 88 | 711 |
| | Feb | 7,062 | 3,882 | 2,469 | 6351 | 623 | 88 | 711 |
| | Mar | 7,051 | 3,935 | 2,405 | 6340 | 634 | 77 | 711 |
| | Apr | 7,030 | 3,925 | 2,393 | 6318 | 634 | 78 | 712 |
| | May | 7,023 | 3,930 | 2,383 | 6313 | 632 | 78 | 710 |
| | Jun | 7,016 | 3,931 | 2,375 | 6307 | 661 | 48 | 709 |
| | Jul | 7,002 | 3,922 | 2,371 | 6293 | 661 | 48 | 709 |
| | Aug | 6,997 | 3,910 | 2,367 | 6277 | 661 | 59 | 720 |
| | Sep | 6,943 | 3,862 | 2,365 | 6227 | 657 | 59 | 716 |
| | Oct | 6,912 | 3,827 | 2,361 | 6188 | 653 | 71 | 724 |
| | Nov | 7,044 | 3,824 | 2,496 | 6320 | 673 | 51 | 724 |
| | Dec | 7,152 | 3,988 | 2,410 | 6398 | 672 | 82 | 754 |

Pacific Maritime Association - Research Department
Number of Archive Registrants
Local 13 - Los Angeles/Long Beach Longshore
January, 2007 through December, 2007
(Counts reflect active registrants on last day of month.)

| Year | Month | Total Local | Longshore A | B | Total | Mechanics A | B | Total |
|------|-------|-------|------|------|-------|------|------|-------|
| 2007 | Jan | 7,143 | 3,995 | 2,394 | 6389 | 672 | 82 | 754 |
|  | Feb | 7,137 | 4,181 | 2,205 | 6386 | 669 | 82 | 751 |
|  | Mar | 7,274 | 4,144 | 2,345 | 6489 | 682 | 103 | 785 |
|  | Apr | 7,450 | 4,156 | 2,503 | 6659 | 681 | 110 | 791 |
|  | May | 7,589 | 4,164 | 2,634 | 6798 | 681 | 110 | 791 |
|  | Jun | 7,549 | 4,129 | 2,630 | 6759 | 680 | 110 | 790 |
|  | Jul | 7,534 | 4,270 | 2,473 | 6743 | 680 | 111 | 791 |
|  | Aug | 7,520 | 4,508 | 2,220 | 6728 | 680 | 112 | 792 |
|  | Sep | 7,532 | 4,548 | 2,181 | 6729 | 703 | 100 | 803 |
|  | Oct | 7,523 | 4,577 | 2,144 | 6721 | 703 | 99 | 802 |
|  | Nov | 7,509 | 4,584 | 2,124 | 6708 | 702 | 99 | 801 |
|  | Dec | 7,489 | 4,594 | 2,099 | 6693 | 697 | 99 | 796 |

EXHIBIT "2"



International Longshoremen's
and Warehousemen's Union
BULLETIN

I. L. W. U. LOCAL NO. 13 · 231 WEST C STREET · WILMINGTON, CALIFORNIA 90744 · (310) 835-1130

Bulletin #12-06

January 27, 2005

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, January 31, 2006 at 10:00 a.m. at the Memorial Hall. Please plan to attend.

If approved, you will be sworn in at the Stop Work Meeting on Thursday, February 2, 2006 at 7:00 p.m.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.

| | | | | |
|---|---|---|---|---|
| 130345 | 130360 | 130375 | 130390 | 130405 |
| 130346 | 130361 | 130376 | 130391 | 130406 |
| 130347 | 130362 | 130377 | 130392 | 130407 |
| 130348 | 130363 | 130378 | 130393 | 130408 |
| 130349 | 130364 | 130379 | 130394 | 130409 |
| 130350 | 130365 | 130380 | 130395 | 130410 |
| 130351 | 130366 | 130381 | 130396 | 130411 |
| 130352 | 130367 | 130382 | 130397 | |
| 130353 | 130368 | 130383 | 130398 | |
| 130354 | 130369 | 130384 | 130399 | |
| 130355 | 130370 | 130385 | 130400 | |
| 130356 | 130371 | 130386 | 130401 | |
| 130357 | 130372 | 130387 | 130402 | |
| 130358 | 130373 | 130388 | 130403 | |
| 130359 | 130374 | 130389 | 130404 | |

open#537/lc



International Longshoremen's
and Warehousemen's Union
BULLETIN

I. L. W. U. LOCAL NO. 13  •  231 WEST C STREET  •  WILMINGTON, CALIFORNIA 90744  •  (310) 830-1130

# Bulletin #21-06

February 24, 2006

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, February 28, 2006 at 10:00 a.m. at the Memorial Hall. Please plan to attend.

If approved, you will be sworn in at the Stop Work Meeting on Thursday, March 2, 2006 at 7:00 p.m.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.

| | | | | |
|---|---|---|---|---|
| 130412 | 130427 | 130442 | 130457 | 130472 |
| 130413 | 130428 | 130443 | 130458 | 130473 |
| 130414 | 130429 | 130444 | 130459 | 130474 |
| 130415 | 130430 | 130445 | 130460 | 130475 |
| 130416 | 130431 | 130446 | 130461 | 130476 |
| 130417 | 130432 | 130447 | 130462 | 130477 |
| 130418 | 130433 | 130448 | 130463 | 130478 |
| 130419 | 130434 | 130449 | 130464 | 130479 |
| 130420 | 130435 | 130450 | 130465 | 130480 |
| 130421 | 130436 | 130451 | 130466 | 130481 |
| 130422 | 130437 | 130452 | 130467 | 130482 |
| 130423 | 130438 | 130453 | 130468 | |
| 130424 | 130439 | 130454 | 130469 | |
| 130425 | 130440 | 130455 | 130470 | |
| 130426 | 130441 | 130456 | 130471 | |

opeiu#537/is



International Longshoremen's
and Warehousemen's Union
BULLETIN

I. L. W. U. LOCAL No. 13     231 WEST C STREET     WILMINGTON, CALIFORNIA, 90744     (315) 830-1150

Bulletin #35-06

April 3, 2006

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, April 4, 2006 at 10:00 a.m. at the Memorial Hall. Please plan to attend.

If approved, you will be sworn in at the Stop Work Meeting on Thursday, April 6, 2006 at 7:00 p.m.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.

| | | | |
|---|---|---|---|
| 130495 | 130511 | 130527 | 130543 |
| 130496 | 130512 | 130528 | 130544 |
| 130497 | 130513 | 130529 | 130545 |
| 130498 | 130514 | 130530 | 130546 |
| 130499 | 130515 | 130531 | 130547 |
| 130500 | 130516 | 130532 | 130548 |
| 130501 | 130517 | 130533 | 130549 |
| 130502 | 130518 | 130534 | 130550 |
| 130503 | 130519 | 130535 | 130551 |
| 130504 | 130520 | 130536 | 130552 |
| 130505 | 130521 | 130537 | 130553 |
| 130506 | 130522 | 130538 | 130554 |
| 130507 | 130523 | 130539 | 130555 |
| 130508 | 130524 | 130540 | 130556 |
| 130509 | 130525 | 130541 | |
| 130510 | 130526 | 130542 | |

opeiu#537/tc



International Longshore
and Warehouse Union

I L W U LOCAL 13 · 320 GOLDEN SHORE DRIVE · SUITE 300 · LONG BEACH, CA 90802 · (310) 830-1130

Bulletin #111-06

December 4, 2006

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Wednesday, December 6, 2006 at 9:00 a.m. at the ILWU Memorial Hall, 231 W. "C" Street, Wilmington. Please plan to attend.

If approved, you will have to pay your elevation fees, along with the ILWU Memorial Association fees, and then be sworn in at the Stop Work Meeting, Thursday, December 7, 2006 at 7:00 p.m.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130560 | 130596 | 130633 | 130669 | 130704 | 130739 | 130775 | 130810 |
| 130562 | 130597 | 130634 | 130670 | 130705 | 130740 | 130776 | 132609 |
| 130563 | 130598 | 130635 | 130671 | 130706 | 130741 | 130777 | 132618 |
| 130564 | 130599 | 130636 | 130672 | 130707 | 130742 | 130778 | |
| 130565 | 130600 | 130637 | 130673 | 130708 | 130743 | 130779 | |
| 130566 | 130601 | 130638 | 130674 | 130709 | 130744 | 130780 | |
| 130567 | 130602 | 130639 | 130675 | 130710 | 130745 | 130781 | |
| 130568 | 130603 | 130640 | 130676 | 130711 | 130746 | 130782 | |
| 130569 | 130605 | 130641 | 130677 | 130712 | 130747 | 130783 | |
| 130570 | 130606 | 130642 | 130678 | 130713 | 130748 | 130784 | |
| 130571 | 130607 | 130644 | 130679 | 130714 | 130749 | 130785 | |
| 130572 | 130608 | 130645 | 130680 | 130715 | 130750 | 130786 | |
| 130573 | 130609 | 130646 | 130681 | 130716 | 130751 | 130787 | |
| 130574 | 130610 | 130647 | 130682 | 130717 | 130752 | 130788 | |
| 130575 | 130611 | 130648 | 130683 | 130718 | 130753 | 130789 | |
| 130576 | 130613 | 130649 | 130684 | 130719 | 130754 | 130790 | |
| 130577 | 130614 | 130650 | 130685 | 130720 | 130755 | 130791 | |
| 130578 | 130615 | 130651 | 130686 | 130721 | 130756 | 130792 | |
| 130579 | 130616 | 130652 | 130687 | 130722 | 130757 | 130793 | |
| 130580 | 130617 | 130653 | 130688 | 130723 | 130758 | 130794 | |
| 130581 | 130618 | 130654 | 130689 | 130724 | 130759 | 130795 | |
| 130582 | 130619 | 130655 | 130690 | 130725 | 130760 | 130796 | |
| 130583 | 130620 | 130656 | 130691 | 130726 | 130761 | 130797 | |
| 130584 | 130621 | 130657 | 130692 | 130727 | 130762 | 130798 | |
| 130585 | 130622 | 130658 | 130693 | 130728 | 130763 | 130799 | |
| 130586 | 130623 | 130659 | 130694 | 130729 | 130764 | 130800 | |
| 130587 | 130624 | 130660 | 130695 | 130730 | 130765 | 130801 | |
| 130588 | 130625 | 130661 | 130696 | 130731 | 130766 | 130802 | |
| 130589 | 130626 | 130662 | 130697 | 130732 | 130767 | 130803 | |
| 130590 | 130627 | 130663 | 130698 | 130733 | 130768 | 130804 | |
| 130591 | 130628 | 130664 | 130699 | 130734 | 130770 | 130805 | |
| 130592 | 130629 | 130665 | 130700 | 130735 | 130771 | 130806 | |
| 130593 | 130630 | 130666 | 130701 | 130736 | 130772 | 130807 | |
| 130594 | 130631 | 130667 | 130702 | 130737 | 130773 | 130808 | |
| 130595 | 130632 | 130668 | 130703 | 130738 | 130774 | 130809 | |



# International Longshore and Warehouse Union

I L W U Local 13  ·  320 Golden Shore Drive  ·  Suite 300  ·  Long Beach, CA 90802  ·  (310) 830-1130

## Bulletin #07-07

January 26, 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, January 30, 2007 at 8:30 a.m. at the ILWU Memorial Hall, 231 W. "C" Street, Wilmington. Please plan to attend.

If approved, you will be sworn in at the Stop Work Meeting on Thursday, February 1, 2007 at 7:00 p.m.

All individuals listed below will receive a phone call. If the phone number(s) are incorrect, we will have no way to contact you. PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37935 | 130823 | 130853 | 130883 | 130913 | 130944 | 130974 | 131004 | 131034 | 132615 |
| 130581 | 130824 | 130854 | 130884 | 130914 | 130945 | 130975 | 131005 | 131035 | |
| 130583 | 130825 | 130855 | 130885 | 130915 | 130946 | 130976 | 131006 | 131036 | |
| 130587 | 130826 | 130856 | 130886 | 130916 | 130947 | 130977 | 131007 | 131037 | |
| 130597 | 130827 | 130857 | 130887 | 130917 | 130948 | 130978 | 131008 | 131038 | |
| 130605 | 130828 | 130858 | 130888 | 130918 | 130949 | 130979 | 131009 | 131039 | |
| 130611 | 130829 | 130859 | 130889 | 130919 | 130950 | 130980 | 131010 | 131040 | |
| 130623 | 130830 | 130860 | 130890 | 130920 | 130951 | 130981 | 131011 | 131041 | |
| 130628 | 130831 | 130861 | 130891 | 130921 | 130952 | 130982 | 131012 | 131042 | |
| 130635 | 130832 | 130862 | 130892 | 130922 | 130953 | 130983 | 131013 | 131043 | |
| 130645 | 130833 | 130863 | 130893 | 130923 | 130954 | 130984 | 131014 | 131044 | |
| 130656 | 130834 | 130864 | 130894 | 130924 | 130955 | 130985 | 131015 | 131045 | |
| 130679 | 130835 | 130865 | 130895 | 130925 | 130956 | 130986 | 131016 | 131046 | |
| 130685 | 130836 | 130866 | 130896 | 130926 | 130957 | 130987 | 131017 | 131047 | |
| 130699 | 130837 | 130867 | 130897 | 130927 | 130958 | 130988 | 131018 | 131048 | |
| 130709 | 130838 | 130868 | 130898 | 130928 | 130959 | 130989 | 131019 | 131049 | |
| 130719 | 130839 | 130869 | 130899 | 130930 | 130960 | 130990 | 131020 | 131050 | |
| 130735 | 130840 | 130870 | 130900 | 130931 | 130961 | 130991 | 131021 | 131051 | |
| 130753 | 130841 | 130871 | 130901 | 130932 | 130962 | 130992 | 131022 | 131052 | |
| 130755 | 130842 | 130872 | 130902 | 130933 | 130963 | 130993 | 131023 | 131053 | |
| 130759 | 130843 | 130873 | 130903 | 130934 | 130964 | 130994 | 131024 | 131054 | |
| 130760 | 130844 | 130874 | 130904 | 130935 | 130965 | 130995 | 131025 | 131055 | |
| 130780 | 130845 | 130875 | 130905 | 130936 | 130966 | 130996 | 131026 | 131056 | |
| 130781 | 130846 | 130876 | 130906 | 130937 | 130967 | 130997 | 131027 | 131057 | |
| 130786 | 130847 | 130877 | 130907 | 130938 | 130968 | 130998 | 131028 | 131058 | |
| 130794 | 130848 | 130878 | 130908 | 130939 | 130969 | 130999 | 131029 | 131059 | |
| 130816 | 130849 | 130879 | 130909 | 130940 | 130970 | 131000 | 131030 | 131060 | |
| 130820 | 130850 | 130880 | 130910 | 130941 | 130971 | 131001 | 131031 | 131061 | |
| 130821 | 130851 | 130881 | 130911 | 130942 | 130972 | 131002 | 131032 | 131062 | |
| 130822 | 130852 | 130882 | 130912 | 130943 | 130973 | 131003 | 131033 | 131063 | |

opt/wt527/re



International Longshore
and Warehouse Union

I L W U LOCAL 13 · 320 GOLDEN SHORE DRIVE · SUITE 300 · LONG BEACH, CA 90802 · (310) 830-1130



Bulletin #17-07

February 22, 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, February 27, 2007 at 9:00 a.m. at ILWU Local 13, 320 Golden Shore Drive, Suite 300, Long Beach, CA 90802. Please plan to attend.

If approved, you will be sworn in at the Stop Work Meeting on Thursday, March 1, 2007 at 7:00 p.m.

All individuals listed below will receive a phone call. If the phone number(s) are incorrect, we will have no way to contact you.  PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.

| | | |
|---|---|---|
| 37498 | 130899 | 130985 |
| 38452 | 130913 | 131042 |
| 130627 | 130932 | 131049 |
| 130831 | 130948 | 131060 |



# International Longshore and Warehouse Union

W U LOCAL 13 · 320 GOLDEN SHORE DRIVE · SUITE 300 · LONG BEACH, CA 90802 · (310) 830-1130



**Bulletin #28-07**

March 30, 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, April 3, 2007 at 12:00 p.m. at the ILWU Local 13, 320 Golden Shore Drive, Suite 300, Long Beach, 90802. Please plan to attend.

If approved, you will be sworn in at the Stop Work Meeting on Thursday, April 5, 2007 at 7:00 p.m.

All individuals listed below will receive a phone call. If the phone number(s) are incorrect, we will have no way to contact you. PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130 Ext. 116.

| | | | | | |
|---|---|---|---|---|---|
| 38963 | 130759 | 130867 | 130925 | 131026 | 131059 |
| 39409 | 130768 | 130873 | 130934 | 131030 | |
| 130621 | 130777 | 130874 | 130967 | 131040 | |
| 130635 | 130790 | 130882 | 131005 | 131044 | |
| 130748 | 130794 | 130892 | 131010 | 131046 | |
| 130756 | 130827 | 130895 | 131011 | 131051 | |
| 130757 | 130859 | 130919 | 131015 | 131052 | |

opeiu#537/fc



International Longshore
and Warehouse Union
Bulletin

I L W U LOCAL 13 · 320 GOLDEN SHORE DRIVE · SUITE 300 · LONG BEACH, CA 90802 · (310) 830-1130

Bulletin #52-07

June 28, 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Monday, July 10th, Tuesday, July 11th and Wednesday, July 12, 2007 (*if necessary*) at the ILWU Memorial Hall, 321 W. "C" Street, Wilmington, CA 90744.  ALL ELEVATION REVIEWS WILL START AT 9:00 A.M. EACH DAY

Those approved for elevation, must submit payment in the form of money order or cashier's check (this does not include the $75.00 brick fee to the ILWU Memorial Association).  You will then be sworn in at the Stop Work Meeting on Thursday, July 12, 2007 at 7:00 p.m.

All individuals listed below will receive a phone call notifying you of your elevation review. PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130, ext. 116.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 131065 | 131095 | 131125 | 131155 | 131185 | 131215 | 131245 | 131275 |
| 131066 | 131096 | 131126 | 131156 | 131186 | 131216 | 131246 | 131276 |
| 131067 | 131097 | 131127 | 131157 | 131187 | 131217 | 131247 | 131277 |
| 131068 | 131098 | 131128 | 131158 | 131188 | 131218 | 131248 | 131278 |
| 131069 | 131099 | 131129 | 131159 | 131189 | 131219 | 131249 | 131279 |
| 131070 | 131100 | 131130 | 131160 | 131190 | 131220 | 131250 | 131280 |
| 131071 | 131101 | 131131 | 131161 | 131191 | 131221 | 131251 | 131281 |
| 131072 | 131102 | 131132 | 131162 | 131192 | 131222 | 131252 | 131282 |
| 131073 | 131103 | 131133 | 131163 | 131193 | 131223 | 131253 | 131283 |
| 131074 | 131104 | 131134 | 131164 | 131194 | 131224 | 131254 | 131284 |
| 131075 | 131105 | 131135 | 131165 | 131195 | 131225 | 131255 | 131285 |
| 131076 | 131106 | 131136 | 131166 | 131196 | 131226 | 131256 | 131286 |
| 131077 | 131107 | 131137 | 131167 | 131197 | 131227 | 131257 | 131287 |
| 131078 | 131108 | 131138 | 131168 | 131198 | 131228 | 131258 | 131288 |
| 131079 | 131109 | 131139 | 131169 | 131199 | 131229 | 131259 | 131289 |
| 131080 | 131110 | 131140 | 131170 | 131200 | 131230 | 131260 | 131290 |
| 131081 | 131111 | 131141 | 131171 | 131201 | 131231 | 131261 | 131291 |
| 131082 | 131112 | 131142 | 131172 | 131202 | 131232 | 131262 | 131292 |
| 131083 | 131113 | 131143 | 131173 | 131203 | 131233 | 131263 | 131293 |
| 131084 | 131114 | 131144 | 131174 | 131204 | 131234 | 131264 | 131294 |
| 131085 | 131115 | 131145 | 131175 | 131205 | 131235 | 131265 | 131295 |
| 131086 | 131116 | 131146 | 131176 | 131206 | 131236 | 131266 | 131296 |
| 131087 | 131117 | 131147 | 131177 | 131207 | 131237 | 131267 | |
| 131088 | 131118 | 131148 | 131178 | 131208 | 131238 | 131268 | |
| 131089 | 131119 | 131149 | 131179 | 131209 | 131239 | 131269 | |
| 131090 | 131120 | 131150 | 131180 | 131210 | 131240 | 131270 | |
| 131091 | 131121 | 131151 | 131181 | 131211 | 131241 | 131271 | |
| 131092 | 131122 | 131152 | 131182 | 131212 | 131242 | 131272 | |
| 131093 | 131123 | 131153 | 131183 | 131213 | 131243 | 131273 | |
| 131094 | 131124 | 131154 | 131184 | 131214 | 131244 | 131274 | |

epchf7337hz



International Longshore
and Warehouse Union
Bulletin

L W U LOCAL 13 · 320 GOLDEN SHORE DRIVE · SUITE 300 · LONG BEACH, CA 90802 · (310) 830-1130

## Bulletin #53-07

June 28, 2007

# *Revised* ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Monday, July 9th, Tuesday (GROUP A), July 10th (GROUP B) and Wednesday, July 11, 2007 (GROUP C) at the ILWU Memorial Hall, 231 W. "C" Street, Wilmington, CA 90744. ALL ELEVATION REVIEWS WILL START AT 9:30 A.M. MONDAY, TUESDAY AND WEDNESDAY.

Those approved for elevation, must submit your elevation fees in the form of money order or cashier's check (this does not include the $75.00 brick fee to the ILWU Memorial Association). You will be notified at your review information regarding your elevations fees. You will then be sworn in at the Stop Work Meeting on Thursday, July 12, 2007 at 7:00 p.m.

All individuals listed below will receive a phone call notifying you of your elevation review. PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130, ext. 116.

## GROUP A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39566 | 131078 | 131094 | 131110 | 131126 | 131142 | 131158 | 131174 | 131191 |
| 130859 | 131079 | 131095 | 131111 | 131127 | 131143 | 131159 | 131175 | 131192 |
| 130889 | 131080 | 131096 | 131112 | 131128 | 131144 | 131160 | 131176 | 131193 |
| 131065 | 131081 | 131097 | 131113 | 131129 | 131145 | 131161 | 131177 | |
| 131066 | 131082 | 131098 | 131114 | 131130 | 131146 | 131162 | 131178 | |
| 131067 | 131083 | 131099 | 131115 | 131131 | 131147 | 131163 | 131180 | |
| 131068 | 131084 | 131100 | 131116 | 131132 | 131148 | 131164 | 131181 | |
| 131069 | 131085 | 131101 | 131117 | 131133 | 131149 | 131165 | 131182 | |
| 131070 | 131086 | 131102 | 131118 | 131134 | 131150 | 131166 | 131183 | |
| 131071 | 131087 | 131103 | 131119 | 131135 | 131151 | 131167 | 131184 | |
| 131072 | 131088 | 131104 | 131120 | 131136 | 131152 | 131168 | 131185 | |
| 131073 | 131089 | 131105 | 131121 | 131137 | 131153 | 131169 | 131186 | |
| 131074 | 131090 | 131106 | 131122 | 131138 | 131154 | 131170 | 131187 | |
| 131075 | 131091 | 131107 | 131123 | 131139 | 131155 | 131171 | 131188 | |
| 131076 | 131092 | 131108 | 131124 | 131140 | 131156 | 131172 | 131189 | |
| 131077 | 131093 | 131109 | 131125 | 131141 | 131157 | 131173 | 131190 | |

opeiu#537/ic

International Longshore
and Warehouse Union
Bulletin

I. L. W. U. LOCAL 13  -  3RD GOLDEN SHORE DRIVE  -  SUITE 800  -  LONG BEACH, CA 90802  -  (310) 830-1130

Bulletin #60-07

July 26 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Monday, July 30, 2007 and Tuesday, July 31, 2007 at the ILWU Memorial Hall, 321 W. "C" Street, Wilmington, CA 90744.  ALL ELEVATION REVIEWS WILL START AT 9:00 A.M. EACH DAY.

Those approved for elevation, must submit payment in the form of money order or cashier's check (this does not include the $75.00 brick fee to the ILWU Memorial Association).  You will then be sworn in at the Regular Membership Meeting on Thursday, August 2, 2007 at 7:30 p.m.

All individuals listed below will receive a phone call notifying you of your elevation review.  PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130, ext. 116.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 131297 | 131322 | 131347 | 131372 | 131397 | 131422 | 131447 | 131472 |
| 131298 | 131323 | 131348 | 131373 | 131398 | 131423 | 131448 | 131473 |
| 131299 | 131324 | 131349 | 131374 | 131399 | 131424 | 131449 | 131474 |
| 131300 | 131325 | 131350 | 131375 | 131400 | 131425 | 131450 | 131475 |
| 131301 | 131326 | 131351 | 131376 | 131401 | 131426 | 131451 | 131476 |
| 131302 | 131327 | 131352 | 131377 | 131402 | 131427 | 131452 | 131477 |
| 131303 | 131328 | 131353 | 131378 | 131403 | 131428 | 131453 | 131478 |
| 131304 | 131329 | 131354 | 131379 | 131404 | 131429 | 131454 | 131479 |
| 131305 | 131330 | 131355 | 131380 | 131405 | 131430 | 131455 | 131480 |
| 131306 | 131331 | 131356 | 131381 | 131406 | 131431 | 131456 | 131481 |
| 131307 | 131332 | 131357 | 131382 | 131407 | 131432 | 131457 | 131482 |
| 131308 | 131333 | 131358 | 131383 | 131408 | 131433 | 131458 | 131483 |
| 131309 | 131334 | 131359 | 131384 | 131409 | 131434 | 131459 | 131484 |
| 131310 | 131335 | 131360 | 131385 | 131410 | 131435 | 131460 | 131485 |
| 131311 | 131336 | 131361 | 131386 | 131411 | 131436 | 131461 | 131486 |
| 131312 | 131337 | 131362 | 131387 | 131412 | 131437 | 131462 | 131487 |
| 131313 | 131338 | 131363 | 131388 | 131413 | 131438 | 131463 | 131488 |
| 131314 | 131339 | 131364 | 131389 | 131414 | 131439 | 131464 | 131489 |
| 131315 | 131340 | 131365 | 131390 | 131415 | 131440 | 131465 | 131490 |
| 131316 | 131341 | 131366 | 131391 | 131416 | 131441 | 131466 | 131491 |
| 131317 | 131342 | 131367 | 131392 | 131417 | 131442 | 131467 | 131492 |
| 131318 | 131343 | 131368 | 131393 | 131418 | 131443 | 131468 | 131493 |
| 131319 | 131344 | 131369 | 131394 | 131419 | 131444 | 131469 | |
| 131320 | 131345 | 131370 | 131395 | 131420 | 131445 | 131470 | |
| 131321 | 131346 | 131371 | 131396 | 131421 | 131446 | 131471 | |

## GROUP B

| | | | | | | |
|---|---|---|---|---|---|---|
| 131194 | 131202 | 131210 | 131218 | 131226 | 131234 | 131242 |
| 131195 | 131203 | 131211 | 131219 | 131227 | 131235 | 131243 |
| 131196 | 131204 | 131212 | 131220 | 131228 | 131236 | 131244 |
| 131197 | 131205 | 131213 | 131221 | 131229 | 131237 | 131245 |
| 131198 | 131206 | 131214 | 131222 | 131230 | 131238 | 131246 |
| 131199 | 131207 | 131215 | 131223 | 131231 | 131239 | |
| 131200 | 131208 | 131216 | 131224 | 131232 | 131240 | |
| 131201 | 131209 | 131217 | 131225 | 131233 | 131241 | |

## GROUP C

| | | | | | | |
|---|---|---|---|---|---|---|
| 131247 | 131255 | 131263 | 131271 | 131279 | 131287 | 131296 |
| 131248 | 131256 | 131264 | 131272 | 131280 | 131288 | |
| 131249 | 131257 | 131265 | 131273 | 131281 | 131289 | |
| 131250 | 131258 | 131266 | 131274 | 131282 | 131290 | |
| 131251 | 131259 | 131267 | 131275 | 131283 | 131291 | |
| 131252 | 131260 | 131268 | 131276 | 131284 | 131292 | |
| 131253 | 131261 | 131269 | 131277 | 131285 | 131294 | |
| 131254 | 131262 | 131270 | 131278 | 131286 | 131295 | |



International Longshore
and Warehouse Union
Bulletin

I. L. W. U. LOCAL 13  ·  820 GOLDEN SHORE DRIVE  ·  SUITE 230  ·  LONG BEACH, CA. 90802  ·  (310) 830-1130

Bulletin #68-07

August 24 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, September 4, 2007 and Wednesday, September 5, 2007 at the ILWU Memorial Hall, 231 W. "C" Street, Wilmington, CA 90744. ALL ELEVATION REVIEWS WILL START AT 9:00 A.M. EACH DAY.

Those approved for elevation, must submit payment in the form of money order or cashier's check (this does not include the $75.00 brick fee to the ILWU Memorial Association). You will then be sworn in at the Regular Membership Meeting on Thursday, September 6, 2007 at 7:30 p.m.

All individuals listed below will receive a phone call notifying you of your elevation review. PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130, ext. 116.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 130754 | 131224 | 131503 | 131527 | 131551 | 131577 | 131601 | 131625 | 131649 |
| 130979 | 131244 | 131504 | 131528 | 131552 | 131578 | 131602 | 131626 | 131650 |
| 131068 | 131250 | 131505 | 131529 | 131553 | 131579 | 131603 | 131627 | 131651 |
| 131077 | 131267 | 131506 | 131530 | 131554 | 131580 | 131604 | 131628 | 131652 |
| 131081 | 131270 | 131507 | 131531 | 131555 | 131581 | 131605 | 131629 | 131653 |
| 131088 | 131272 | 131508 | 131532 | 131556 | 131582 | 131606 | 131630 | 131654 |
| 131091 | 131274 | 131509 | 131533 | 131557 | 131583 | 131607 | 131631 | 131655 |
| 131103 | 131275 | 131510 | 131534 | 131558 | 131584 | 131608 | 131632 | 131656 |
| 131107 | 131285 | 131511 | 131535 | 131559 | 131585 | 131609 | 131633 | 131657 |
| 131111 | 131292 | 131512 | 131536 | 131560 | 131586 | 131610 | 131634 | 131658 |
| 131128 | 131321 | 131513 | 131537 | 131561 | 131587 | 131611 | 131635 | 131659 |
| 131141 | 131341 | 131514 | 131538 | 131562 | 131588 | 131612 | 131636 | 131660 |
| 131160 | 131343 | 131515 | 131539 | 131563 | 131589 | 131613 | 131637 | 131661 |
| 131162 | 131466 | 131516 | 131540 | 131565 | 131590 | 131614 | 131638 | 131662 |
| 131164 | 131467 | 131517 | 131541 | 131566 | 131591 | 131615 | 131639 | 131663 |
| 131165 | 131468 | 131518 | 131542 | 131567 | 131592 | 131616 | 131640 | 131664 |
| 131166 | 131478 | 131519 | 131543 | 131568 | 131593 | 131617 | 131641 | 131665 |
| 131167 | 131494 | 131520 | 131544 | 131569 | 131594 | 131618 | 131642 | 131666 |
| 131168 | 131495 | 131521 | 131545 | 131570 | 131595 | 131619 | 131643 | 131667 |
| 131170 | 131497 | 131522 | 131546 | 131571 | 131596 | 131620 | 131644 | 131668 |
| 131180 | 131499 | 131523 | 131547 | 131572 | 131597 | 131621 | 131645 | 131670 |
| 131187 | 131500 | 131524 | 131548 | 131573 | 131598 | 131622 | 131646 | 131671 |
| 131201 | 131501 | 131525 | 131549 | 131575 | 131599 | 131623 | 131647 | 131672 |
| 131214 | 131502 | 131526 | 131550 | 131576 | 131600 | 131624 | 131648 | 131676 |

aadml03370c

International Longshore
and Warehouse Union
Bulletin

I.L.W.U. LOCAL 13  ·  320 GOLDEN SHORE DRIVE  ·  SUITE 300  ·  LONG BEACH, CA 90802  ·  (310) 830-1130

Bulletin #85-07

October 22, 2007

# ELEVATION REVIEW

The Registration Committee will be reviewing the following individuals on Tuesday, October 23, 2007 at 9:30 a.m., ILWU Memorial Hall, 231 W. "C" Street, Wilmington, CA 90744.

Those approved for elevation, must submit payment in the form of money order or cashier's check (this does not include the $75.00 brick fee to the ILWU Memorial Association). You will then be sworn in at the Stop Work Meeting on Thursday, November 1, 2007 at 7:00 p.m.

All individuals listed below will receive a phone call notifying you of your elevation review. PLEASE UPDATE YOUR PHONE NUMBER(S) WITH THE DUES OFFICE.

Any questions regarding elevation, please contact the Registration Committee at Local 13 at (310) 830-1130, ext. 116.

| WORK # | NAME | WORK # | NAME |
|--------|------|--------|------|
| 39636 | OMAR AUGUSTINE | 131526 | RITA WILLIAMS |
| 130515 | CLEMENTE ESTRADA | 131534 | SCOTT MC CARD |
| 130754 | JOSE BOJORQUEZ | 131538 | KIMBERLY JACKSON |
| 130875 | GABRIEL CASTANEDA | 131544 | MARY ORANGE |
| 130916 | RACHAEL ROUTTENBERG | 131553 | VALENTIN BUZO |
| 130964 | LIBERTY MALAGANAN | 131557 | JOSEPH RAY |
| 131118 | BRUCE SPANIOL | 131559 | TIM ROSEBOROUGH |
| 131020 | LOUIS GARCIA | 131570 | JEFF CHANDLER |
| 131069 | MARVIN HOWARD | 131575 | CHARLES ALFORD |
| 131165 | DAVID BUONO | 131576 | PETER RUGNETTA |
| 131078 | MICHAEL RUAN | 131597 | ROMAN GONZALEZ |
| 131186 | HOWARD SHUTE | 131601 | JESSICA GARCIA |
| 131206 | DAWN BROOKS | 131604 | KEVIN GODDARD |
| 131254 | LANCE BOKULIC | 131607 | JOHN MARINKOVICH |
| 131275 | ALBERT MADRIGAL | 131612 | ELENA MARTINEZ |
| 131280 | LARRY PHINEAS | 131620 | NICKOLAS OLSON |
| 131287 | MANUEL AMARO | 131631 | DOUGLAS THOMAS |
| 131295 | AMOAMO VALOAGA | 131632 | LISA LEWIS |
| 131380 | BEATRICE RAYA | 131642 | VICTOR ALVAREZ |
| 131391 | JESUS SALAS | 131655 | CANDE MELGOZA |
| 131499 | JOHN MC COWAN | 131662 | MICHAEL NELSON |
| 131500 | JOSEPH KIRKSEY | 131663 | JOHN STUCKEY |
| 131501 | GARY HERRERA | 131665 | AMANDO DE HONOR |
| 131503 | GAY SANDERS | 131668 | SHAHRAM BORJKHANI |
| 131514 | BRIAN MISURACA | 132977 | PHILLIP SANCHEZ |
| 131524 | MARIBEL DE LA CRUZ | | |

opnbu3557ia

# EXHIBIT "3"

From:   Jose Ayala
        1114 Quail Meadow
        Irvine, Ca 92603
        Joseph Lawton
        Lawrence Massey
        Leroy Phillips
        George Robertson
        Deandre Whitten
        Olakunle Ayodeji

To:     I.L.W.U. Coast Committee
        James Spinosa-President
        Robert McEllrath-Vice President
        Ray Ortiz Jr.-Coast Committeeman
        Joseph Wenzl-Coast Committeeman

        1188 Franklin St. 4th fl.
        San Francisco, Ca 94109

Dear Coast Committee Members:

        We are respectfully requesting for the committee's time and attention on a
delicate matter that we feel would better serve this union if we can resolve this issue
within our union. We are fully registered Class A members of Local 10, that have been
looking to transfer into Local 13 for several years now. We have asked the union officers
of both locals about the procedures that we needed to follow for transfer requests.
Unfortunately, we've followed those procedures--and as of this date-- never received an
official answer to our request. For this reason, we feel that the following violations have
occurred.

        Supplement 1 of the PCLCD
        Section 1.      TRANSFERS OF LONGSHOREMAN BETWEEN PORTS
        Section 1.1     A longshoreman having fully register status as a Class A
                        longshoreman may transfer to another port, and as a fully
                        registered Class A longshoreman at such other port, provided;
        Section 1.11    The Joint Port Labor Relations Committee at the the former home
                        port determines that a transfer is warranted on the basis of work
                        opportunity or that there are compelling reasons for letting him
                        transfer despite the need for him at that port and that there is an
                        opening available for him at the port to which he seeks to be
                        transferred.
        Section 17      of the PCLCD
                        Joint Labor Relations Committees, Administration of Agreement,
                        and Grievance Procedures
        We have been working in Local 13 for some time now, and have made Southern
California our home. Thus, we have had great experiences working as members of Local

13 along with experiences that lead us to question the understanding of some members of the local when it comes to this Union's great Slogan "AN INJURY TO ONE IS AN INJURY TO ALL"

Now, we are privy to events that have happened between Locals 10 and 13 in the past, and even more so, disappointed to see that not enough has been done to resolve those issues. It is not difficult to see that the inability in not finding a solution to the problem between the locals will only benefit the employers.

However, we feel that we have been subjected to UNFAIR LABOR PRACTICES on several occasions. Now our first step is to try and resolve these issues within the union. However, in the event that we do not receive a response to this letter in a reasonable time (45 to 60 days), we will be forced to bring this matter to the NLRB's attention, and retain legal counsel.

We understand the great pressure that this committee faces on it's day to day operations but given the sensitive nature of the issues that we are trying to resolve within the union, we sincerely hope that this committee would understand as We do, that these issues need to be resolved in order to continue the great traditions and principles that this union was founded on.

> *Workers are indivisible. There can be no discrimination because of race, color, Creed, national origin, religious or political belief. Any division among the Workers can help no one but the employers. Discrimination of worker against worker is suicide. Discrimination is a weapon of the boss. Its entire history Is proof that it has serve no other purpose that to pit workers to their own destruction.*

As you are probably aware of, the above is one of the ten guiding principals of the ILWU. We firmly believe on the principles that our union was founded on, and We understand the struggle and sacrifices that our founding fathers had to endure so that every member of this union would share the rewards and thus share the responsibility of upholding these principles. But by not doing so, would mean taking a step backwards and undoing what so many Longshoreman fought for.

Sincerely

| Name | Number | |
|------|--------|--|
| Jose Ayala | 09326 | 09326  9/15/05 |
| Joseph Lawton | 09340 | Joseph Lawton - 09340 - 9-15-05 |
| Lawrence Massey | 09087 | Lawrence T. Massey 09087  09/15/2005 |
| Leroy Phillips | 09214 | 09214  9/15/05 |
| George Robertson | 09134 | 09134  9/15/05 |
| Deandre Whitten | 09436 | 09428  09/15/2005 |
| Olakunle Ayodeji | 09428 | Deandre Whitten 09436  9/16/05 |

Cc: Trent Willis-Local 10 President
Cc: Mark Mendoza-Local 13 President

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Volenie Smith    3/31/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ILWU INTERNATIONAL
WILLIAM E. ADAMS - SECRETARY
1188 FRANKLIN ST 4TH FL
SAN FRANCISCO, CA 94109

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service    7005 0390 0003 2821 8556

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Volenie Smith    3/31/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ILWU INTERNATIONAL
JAMES SPINOZA
1188 FRANKLIN ST 4TH FL
SAN FRANCISCO, CA 94109

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service    7005 0390 0003 2821 8532

PS Form 3811, February 2004    Domestic Return Receipt    102595

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?
If YES, enter delivery address below:

1. Article Addressed to:

ILWU INTERNATIONAL
ROBERT MCELLRATH V.P.
1188 FRANKLIN ST 4TH FL
SAN FRANCISCO, CA 94109

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service    7005 0390 0003 2821 8549

PS Form 3811, February 2004    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*ILWU INTERNATIONAL*
*RAY ORTIZ JR. - COMMITTEEMAN*
*1188 FRANKLIN ST. 4TH FL.*
*SAN FRANCISCO, CA 94109*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Valerie Smith_    ☑ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_Valerie Smith_    9/21/05

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0003 2821 8600

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*ILWU INTERNATIONAL*
*JOSEPH WENZL - COMMITTEEMAN*
*1188 FRANKLIN ST. 4TH FL.*
*SAN FRANCISCO, CA 94109*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Valerie Smith_    ☑ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_Valerie Smith_    9/21/05

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0003 2821 8594

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Vander Veer_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ILWU LOCAL 13
MARK A. MENDOZA
231 WEST C ST.
WILMINGTON, CA 90744

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7005 0390 0003 2821 8563

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ILWU LOCAL 13
HARRY DON'S
231 WEST C ST.
WILMINGTON, CA 90744

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7005 0390 0003 2821 8525

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# EXHIBIT "4"

THURSDAY, MARCH 29, 2007                         MEETING NCSF-0029-2007

MINUTES OF REGULAR CLASS "A" MEETING OF THE
LONGSHORE LABOR RELATIONS COMMITTEE OF SAN FRANCISCO

The Committee met at 10:00 a.m. in the ILWU Local 10 offices, 400 North Point, San Francisco, California.

Present:     For the Employers          For ILWU Local 10
             J. Lira                    T. Clark
             R. Laugel                  F. Gaskin
             P. Connelly                F. Dailey
             R. Jiles                   L. Francis
             D. Kaney                   M. MacKay
             K. Nore

Also Present:

## REGISTRATION

### Travel Clearances Granted

| Name | Reg. No. | Port | Effective Date |
|---|---|---|---|
| Deandre Whitten | 9436 | LA/LB | March 10, 2007 |

### Deletions

| Name | Reg. No. | Code | Reason | Effective Date |
|---|---|---|---|---|
| Charles Winston | 7146 | R/P | Retired/Pension | 03/01/2007 |
| Louis Edwards | 9068 | R/P | Retired/Pension | 03/01/2007 |
| Lowrie E. Ward | 6782 | R/P | Retired/Pension | 04/01/2007 |
| Percy Cruikshank | 2775 | D/R | Deceased/Retired | 02/18/2007 |
| Joe T. Stitt | 6657 | D/R | Deceased/Retired | 02/18/2007 |
| Robert Rachel | 6510 | D/R | Deceased/Retired | 03/02/2007 |
| Manuel T. Miguel | 7032 | D/R | Deceased/Retired | 03/04/2007 |
| Salome C. De Araujo | 8502 | D/R | Deceased/Retired | 03/05/2007 |
| Henry Pellom Jr. | 6770 | D/R | Deceased/Retired | 03/11/2007 |

## GENERAL BUSINESS

A.   Committee Review: JPLRC Financial Report for Month End January 2007

     The Committee reviewed and approved the JPLRC Financial Report for January 2007 and agreed that the report accurately reflects the status of the JPLRC finances.

B.   Committee Review: Bay Area Longshore Memorial Association (BALMA) Invoice

     The Committee reviewed BALMA invoice number 3438. The Committee agreed the invoice is for additional Dispatch Hall costs and are payable as shared expenses. Following discussion, the Committee agreed to split the cost 50/50 for the submitted invoice.

C.   Union Request – G. Goni #6447

     The Union requested that the parties agree to re-register Mr. Goni.

The Employers noted that Mr. Goni was deregistered for non-availability per meeting NCSF-0059-1983 and are thereby not agreeable to re-register him.

The Union advised the Employers that Mr. Goni's non-availability was the result of an unavoidable detainment in another country.

Disagreement reached.

The Union advised the Employers that a Coast Referral shall be submitted on behalf of Mr. Goni.

Noted by the Employers.

D.   Union Request: Approval of Eight Local 10 Members' Transfers to ILWU Local 13

The Union requested the Employers agreement to the transfer of the following ILWU Local 10 Members to ILWU Local 13:

| | | |
|---|---|---|
| 1. | Joseph Lawton | #9340 |
| 2. | Kimani Stafford | #9381 |
| 3. | Jose Linarez | #9479 |
| 4. | Gonzalo Torres | #9414 |
| 5. | Leroy Phillips | #9214 |
| 6. | Jose Ayala | #9326 |
| 7. | Deandre Whitten | #9436 |

The Employers noted the Union's request and stated that the transfers also require the agreement of the Southern California Area JPLRC, per Supplement 1 of the PCL&CA. The Employers inquired if Local 10 had contacted Local 13 regarding their position on the transfer request.

The Union advised they would contact Local 13 and provide a response following the meeting.

Subsequent to the meeting, the Employers informed the Union that subject to the provisions of Section 1.4 of Supplement 1 to the PCL&CA, the following ILWU Local 10 Members may petition Local 13 for transfer:

| | | |
|---|---|---|
| 1. | Jose Ayala | #9326 |
| 2. | Deandre Whitten | #9436 |
| 3. | Gonzalo Torres | #9414 |
| 4. | Joseph Lawton | #9340 |
| 5. | Jose Linarez | #9479 |
| 6. | Leroy Phillips | #9214 |

Held over by the Committee.

REGULAR CLASS "A" LRC MEETING NCSF-0029-2007                                          PAGE 27
THURSDAY, MARCH 29, 2007

secured. After further discussion, both parties agreed that one crane driver from the hall would be
paid ten hours at the 8 & 2 rate, 1st shift.

(3/29/07) Held over by the Employers.

49.    U.C. #27-07 – APM – YARD – BERTH 20/24 – LOST WORK OPPORTUNITY – 3/13/07
       (GASKIN)

The complaint states that on Tuesday March 13, 2007, three men other than ILWU Local 10
members were seen painting the stripes in the yard for the parking of the containers. I was called
out to the terminal and witnessed it myself. I then talked to terminal superintendent Quentin
Yang but he said that it is okay for them to have outside people painting, as per the Supplemental
Dock Workers agreement. I went back on Wednesday March 14, 2007 with that agreement,
showed and explained to him where that does not apply for striping and painting in the container
yard, and that I would be putting a claim for three longshoremen for lost work opportunity.

(3/29/07) The Employers maintained that the work (as described by the Union) does not fall
under their jurisdiction and referred to Section 1.8 of the PCLCD.

The Union disagreed and maintained a longshore worker be paid at the appropriate rate of pay.

Disagreement reached.

Meeting adjourned at 1:00 p.m.

These minutes were approved on _____ 2007.

These minutes are not approved until signed and are published prior to joint committee approval.

_____                    _____
For the Employers                            For the Union

# EXHIBIT "5"

 International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.
SECRETARY TREASURER

May 24, 2007

Frank Ponce de Leon.
Secretary-Treasurer
ILWU Local #13
231 W "C" Street
Wilmington, CA 90744

Dear Brother De Leon:

ILWU Local #10 is requesting the transfer of the following members to ILWU
Local #13:

1.    LEROY PHILLIPS        9214
2.    JOSE AYALA            9326
3.    JOSEPH LAWTON         9340
4.    JOSE LINARES          9479
5.    DEANDRE WHITTEN       9436
6.    GONZALO TORRES        9414
7.    KIMANI STANFORD       9381

These members are all in good standing and are hereby cleared for their request to transfer to
ILWU Local #13. Please address this issue at your next LRC Meeting. For any further
questions, please do not hesitate to call me at (415) 776-8100.

Fraternally,

Farless F. Dailey, III.
Secretary-Treasurer
ILWU Local #10

openu29/afl-cio:mp

# EXHIBIT "6"

Via Overnite Delivery
And U.S. Mail, Certified
Return Receipt Requested


July 17, 2007


Frank Ponce de Leon
ILWU Local #13
231 West "C" Street
Wilmington, CA 90744

RE:   Request for PCLCD, Supplement I Transfers to Local 13

Dear Brother de Leon:

We, the undersigned, are all fully registered Class A longshoremen in good
standing with the ILWU and with Local 10 of the ILWU, San Francisco. For
personal and family reasons, each one of us desires to relocate permanently
to the Los Angeles area. Under Supplement I of the Pacific Coast Longshore
Contract Document ("PCLCD"), we have "coastwise registration" and we are all
seeking to exercise the privileges of such registration to request transfer from
Local 10 to the registered list of Local 13. We know that there is no shortage of
work in the Port of Los Angeles-Long Beach as evidenced by the daily dispatch
not only of hundreds of limited registration (Class B) longshoreman, but also of
unregistered casual personnel.

Enclosed herewith is a copy of a letter written by Local 10 Secretary-Treasurer
Farless F. Darley, III, approving our request to transfer under Supplement I of
the PCLCD and asking that the matter be addressed at the next meeting of the
Los Angeles-Long Beach Joint Port Labor Relations Committee (Los Angeles-

Long Beach JPLRC). This, as you know, is the procedure for a transfer specified in Supplement I of the PCLCD.

Several of us have made informal inquiries about exercising our coastwise registration rights under Supplement I and have either received no response from Local 13 or have been advised that our request is not likely to be honored for reasons not stated in the PCLCD. The PCLCD is the bedrock source of our status and rights as fully registered longshoremen and we believe we are entitled to have our request presented to the Los Angeles-Long Beach JPLRC pursuant to the procedures outlined in Supplement I of the PCLCD.

If our request is not going to be brought before the Los Angeles-Long Beach JPLRC, please provide us with a written statement why we are being denied what we believe to be our right. As we read Supplement I of the PCLCD, unresolved issues of coastwise registration are to be resolved by the Joint coast Labor Relations Committee. If we have not received a written response to this request within ten calendar days after the next meeting of the Los Angeles-Long Beach JPLRC, we reserve the right to present the matter to the Joint Coast Labor Relations Committee ("JCLRC").

All of us look forward to a favorable response to our transfer request. However, if there is disagreement, we want to assure that we have exhausted all administrative remedies under the PCLCD including submission to the JCLRC.

Fraternally,

LEROY PHILLIPS    #9214

JOSEPH LAWTON    #9340

DEANDRE WHITTEN    #9436

KIMANI STANFORD    #9381

DAK/mh

JOSE AYALA    #9326

JOSE LINARES    #9479

GONZALO TORRES    #9414

# EXHIBIT "7"

CLR
RMcE ☐
JR ☐
RO ☑
LS ☑

# SULLIVAN TAKETA LLP

LAWYERS
31351 VIA COLINAS, SUITE 205
WESTLAKE VILLAGE, CALIFORNIA 91362
TELEPHONE (818) 889-2299
TELEPHONE (805) 494-4700
FACSIMILE (818) 889-4497

RECEIVED

SEP 1 0 2007

AUTHOR'S E-MAIL:
MARK.SULLIVAN@CALAWCOUNSEL.COM

September 5, 2007



RECEIVED

SEP 1 0 2007

COAST COMMITTEE

<u>VIA U.S. MAIL AND</u>
<u>FACSIMILE TRANSMISSION TO</u>
<u>(415) 348-8392 [PMA] AND (415) 775-1302 [ILWU]</u>

Jim C. McKenna,
President,
Pacific Maritime Association
555 Market Street
San Francisco, CA 94105-2800

Robert McEllrath,
International President, Longshore Division,
International Longshore and Warehouse
Union, AFL-CIO
1188 Franklin Street, 4th Floor
San Francisco, CA 94109

RE:   APPEAL TO JOINT COAST LABOR RELATIONS COMMITTEE

Gentlemen:

My firm and co-counsel, Dennis L. Kennelly, 1030 Curtiss Street, Suite 200, Menlo Park, CA
94025, represent the seven fully registered Class A longshoremen, listed below, who each signed
the enclosed July 17, 2007 request for a PCLCD, Supplement I, transfer from ILWU, Local 10 to
ILWU Local 13.  To date, there has been no response to that request.  We conclude from this
lack of response that the Los Angeles-Long Beach Joint Port Labor Relations Committee will not
be considering their request.

Our clients now appeal to you in your respective roles as members of the Joint Coat Labor
Relations Committee.  We remain optimistic that these individuals can and will receive due
process under the auspices of the PCLCD.  Please set this matter for hearing/consideration by the
JCLRC.  If this matter will not be heard by the JCLRC, please advise us so that we can document
our good faith attempt to exhaust all internal administrative remedies.

Very truly yours,
SULLIVAN TAKETA LLP

Mark F. Sullivan

MFS:mfs
Enclosures

Appeal to JCLRC

SULLIVAN TAKETA LLP

September 6, 2007
Page 2

Copy:  Dennis L. Kennelly, Esq.

Copy to Grievants:

       Leroy Phillips #9214
       Joseph Lawton #9340
       Deandre Whitten #9436
       Kimani Stanford #9381
       Jose Ayala #9326
       Jose Linares #9479
       Gonzalo Torres #9414

# EXHIBIT "8"

# CONSTITUTION

of the

# INTERNATIONAL LONGSHORE & WAREHOUSE UNION



Amended as of May 2006

SECTION 3. Except as otherwise provided, the legislative, executive and judicial jurisdiction of this International shall extend in all respects to and over all local unions. It shall have full power and authority:

    a.    To adopt, amend or repeal the fundamental laws of the International Union;

    b.    To issue all charters to local unions except those in Canada;

    c.    To determine the amount of per capita from all local unions necessary for its maintenance, support and organizational activities;

    d.    To exercise all other powers and authority directly or indirectly granted by this Constitution.

# ARTICLE V
### *Powers and Duties of Locals*

SECTION 1. Except as otherwise provided in this Constitution, all local unions may adopt and enforce all necessary laws for local government which do not conflict with this Constitution nor with the decisions adopted by the Convention of this International, nor with the decisions reached through any International referendum.

Nothing in the Constitution or by-laws of any local shall conflict with any of the provisions of this Constitution, with the decisions adopted by the Convention of this International, or with the decisions reached through any International referendum.

SECTION 2. It shall be the duty of all locals:

a. To observe and comply with all of the provisions of this Constitution, all of the decisions adopted by the International Convention or approved by an International referendum, and all of the decisions of the Executive Board and International officials made in keeping with and pursuant to the authority contained in this Constitution;

b. To bond all local officials in any amount sufficient to properly protect the local from any loss, and in any event in a sum not less than Twenty-Five Thousand Dollars ($25,000);

c. Upon request made by any titled International official, to immediately permit such official to examine all local records and books of any nature and description;

d. Upon request by the International President or International Secretary-Treasurer, to submit all of its financial records for audit, and otherwise to cooperate fully with any Certified Public Accountant appointed by the International President;

e. To forward to the Secretary-Treasurer copies of all local Constitutions and by-laws and any changes made therein, and upon request of a Titled Officer, shall forward a copy of any agreement entered into by the local;

- 4 -

f.  Upon request of the International President or the International Secretary-Treasurer, to promptly prepare and forward true and correct copies of local records of any kind or description, and any statistical or other information requested;

g.  To send the names of their president, secretary, and any other full-time officials, and the local's mailing address to the International Secretary-Treasurer as soon as the officers are elected, and thereafter when any changes occur;

h.  To place the impression of the seal of the local on all official communications and documents.

SECTION 3. No local shall charge an initiation fee in excess of One Hundred Dollars ($100), provided, however, that any local may for the purpose of organizing activities, or for other good and sufficient reasons, be excused from this limitation by the International Executive Board.

SECTION 4. The funds, property, and assets of each local union shall be vested exclusively in the membership of the local unions, unless otherwise determined by the membership of the local union.

## ARTICLE VI
### *Officers*

SECTION 1. The elective full-time officers of the International Union shall be: President, two Vice-Presidents, and Secretary-Treasurer, herein referred to as "titled" officers.

- 5 -

222222222222222222222222222222

privileges in any local of the same geographic division of a similar craft.

SECTION 2. Work privileges accorded to a visiting member shall be for a period not to exceed thirty (30) days unless agreeable to the local being visited.

SECTION 3. All locals shall be required to accept a minimum of visitors of one percent (1%) of their membership at any given time, but no local shall be visited more than once a year by any given member unless agreeable to the local so visited.

## ARTICLE XIX
### *District Councils*

Whenever there are two or more locals in any one area, said locals may form a District Council in order to discuss local conditions and mutual problems that may arise from time to time, and submit recommendations to the affiliated locals. The presently constituted District Councils or Councils conforming to areas named in Article VI, Section 2, are the Councils referred to herein.

## ARTICLE XX
### *Jurisdiction of Ladies Auxiliary Charters*

Only one charter shall be issued to Ladies Auxiliaries in each port or locality where International Longshore and Warehouse Union locals are chartered.

    a.   The charter fee shall be Five Dollars ($5) and it shall require the signatures of ten (10) applicants to obtain and ten (10) members to retain the charter.

- 46 -

# EXHIBIT "9"



**CONSTITUTION**
**BY-LAWS**
**GENERAL RULES**

*International Longshore and*
*Warehouse Union Local 13*

# CONSTITUTION

# BY-LAWS

# GENERAL RULES

This Printed Version
Includes the following Amendments:

| | |
|---|---|
| Vice-President | Amended March 6, 7, 8, 2001 |
| Compensation | Amended February 13, 14, 15, 2001 |
| General Fund Limits | Amended on July 11, 12, 13, 2000 |
| Political Action Committee | Amended March 21, 22, 23, 2000 |
| Death Assessment Increase | Amended on September 22, 23, 24, 1998 |



**Section 6.  JOB RIGHTS.**  No member employed within the jurisdiction of the Division shall have any right to a job under any other collective bargaining agreement the Local may be party to.  Nor shall other members of the Local have any right to a job under the collective bargaining agreements under which the members of the Division work.  Any such transfers are subject to the discretion of the unit needing additional workers.

**Section 7.  OFFICES, BOARDS AND COMMITTEES.**  Subject to the provisions which follow, the Division shall have the right to establish such offices, boards and committees it deems necessary to carry on the work of the Division.

 A. The Division shall elect at least one officer who shall be known as the Division Business Agent.  The Division Business Agent shall be the Chief Executive Officer of the Division.  His/her duties may include but are not limited to the negotiation, administration and enforcement of the Division's collective bargaining agreements.  He/she shall preside at all Division meetings, and at all meetings of the Division's Policy Committee.  He/she shall be an ex officio member of all other Division committees.

 1. His/her compensation shall be determined by the members of the Division, and shall be paid by the Local out of the funds of the Division.

47