MARK F. SULLIVAN, State Bar No. 111011
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile: (818) 889-4497
E-mail:    mark.sullivan@calawcounsel.com
           dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839
E-mail:    secretarymlm@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>**DECLARATION OF SHARYN CASALY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION OF CONTRACTUAL GRIEVANCE ARBITRATION PROCESS AND TO DISMISS FOR FALURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

I, SHARYN CASALY, hereby declare as follows:

---

1

DECLARATION OF SHARYN CASALY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

1. I am employed in the office of Sullivan Taketa LLP. I am over the age of 18 and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to each fact.

2. On March 25, 2008, I listened to and transcribed the voicemail message recorded on the telephone answering machine of Plaintiff Jose Ayala. Below is an exact word for word transcription of this recorded message:

> "Good morning this is Mike Freese from Local 13, I'm one of the LRC reps and this call is for Jose Ayala. I just want to inform you brother that our office staff does not have the authority to put people on the agenda without officers' approval for any LRC. So, for you to try to bypass the officers and speak to my secretary will do you no good. I spoke to some of the other members from your Local and talked to our officers. We will address this issue, but it's not going to help you by trying to bypass our officers by going behind our backs and get on the LRC. Just to let you know brother. Bye."

3. In my opinion, the tone of the speaker's voice in the above recording is intimidating. Accordingly, lest the tone be missed, attached hereto as Exhibit "A" is an audio recording on a CD disc with a true and correct audio recording of this voicemail message from Mike Freese. Because this audio recording cannot be e-filed with the Court under the current ECF program, Plaintiffs have attached the CD of the audio recording to the Court's courtesy copy, and have separately mailed (via overnight mail) a copy of the CD to all parties. This CD should play on most computers using any basic

computer audio recording program that recognizes the ".wav" format. We have also played it on a standard CD audio player without a computer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2008, at Westlake Village, California.

*[signature]*

SHARYN CASALY

---

DECLARATION OF SHARYN CASALY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

# EXHIBIT "A"

MARK F. SULLIVAN, State Bar No. 111011
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile: (818) 889-4497
E-mail:    mark.sullivan@calawcounsel.com
           dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839
E-mail:    secretarymlm@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSÉ LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>**EXHIBIT A: AUDIO RECORDING OF MIKE FREESE ON CD** |

## MANUAL FILING NOTIFICATION

Regarding: EXHIBIT A to the DECLARATION OF SHARYN CASALY

1

DECLARATION OF SHARYN CASALY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION

1 | This filing is in paper or physical form only, and is being maintained in the case file in
2 | the Clerk's office.
3 | If you are a participant on this case, this filing will be served in hard-copy shortly.
4 | For information on retrieving this filing directly from the Court, please see the Court's
5 | main website at http://www.cand.uscourts.gov under Frequently Asked Questions
6 | (FAQ).
7 | This filing was not efiled for the following reason(s):
8 | ___ Voluminous Document (PDF file size larger than efiling system allowances)
9 | ___ Unable to Scan Documents
10 | ___ Physical Object (description): _____
11 | _____
12 | _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13 | ___ Item Under Seal
14 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 | ___ Other (description): _____

18 | Respectfully submitted,
19 | DATED: April 2, 2008          SULLIVAN TAKETA LLP

22 | By: _____
    | Mark F. Sullivan
    | Lamdien T. Le
23 | Attorneys for Plaintiffs

2
**DECLARATION OF SHARYN CASALY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION**

1  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
2  CASE NAME:              JOSE AYALA, et al. v. PACIFIC MARITIME
3                          ASSOCIATION, et al.
4  CASE NUMBER:            CV-08-0119 TEH

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 31351 Via Colinas, Suite 205, Westlake Village, California 91362.

On March 31, 2008, I caused to be served the following: **DECLARATION OF SHARYN CASALY WITH ATTACHMENT EXHIBIT "A" IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL EXHAUSTION OF CONTRACTUAL GRIEVANCE ARBITRATION PROCESS AND TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

Addressed as follows:

Robert S. Remar, Esq.
Phil A. Thomas, Esq.
LEONARD, CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, California 94109

*Attorneys for Defendant International Longshore and Warehouse Union*

Steven R. Holguin, Esq.
John Kim, Esq.
HOLGUIN & GARFIELD LLP
800 West Sixth Street, Suite 950
Los Angeles, California 90048

*Attorneys for Defendant International Longshore and Warehouse Union, Local 13*

1 | Clifford D. Sethness, Esq.
2 | Jason M. Steele, Esq.
  | MORGAN LEWIS & BOCKIUS LLP
3 | 300 South Grand Avenue, Twenty-Second Floor
4 | Los Angeles, California 90071-3132

5 | *Attorneys for Defendant Pacific Maritime Association*

6 | ☒   BY OVERNIGHT DELIVERY. I caused such documents to be delivered by
7 | overnight delivery to the above addressee(s).

8 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9 | Executed on March 31, 2008, at Westlake Village, California.

10 | X   (Federal)   I declare that I am employed in the office of a member of the bar of
11 | this court at whose direction the service was made.

12 | *[signature]*
13 | Sharyn Casaly

3
PROOF OF SERVICE