UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: April 21, 2008

**Case No:** C 08-00119 TEH

**Case Title**: JOSE AYALA v. PACIFIC MARITIME ASSOCIATION

**Appearances:**   The Court: by telephonic appearance

    For Plaintiff(s): Dennis Kenneley, Mark Sullivan, Dien Le

    For Defendant(s): John Kim, Phil Thomas, Julius Turman

**Deputy Clerk**: Frank Justiliano          **Court Reporter**: Sylvia Russo

## PROCEEDINGS

1. Defendants' Motion to Compel Arbitration and to Dismiss - Held.

MOTION/MATTER:  ( ) Granted
    ( ) Denied
    ( ) Granted in part/Denied in part
    (X) Taken under submission
    ( ) Withdrawn/Off Calendar
    ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

## SUMMARY