UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA, et al.,

                    Plaintiff(s),

                  v.

PACIFIC MARITIME ASSOCIATION, et al.

                    Defendant(s).
_____/

CASE NO. CV-08-0119-TEH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process  ∗
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark F. Sullivan | Plaintiffs | (818) 889-2299 | mark.sullivan@calawcounsel.com |
| Phil A. Thomas | Defendant ILWU | (415) 771-6400 | pthomas@leonardcarder.com |
| John Kim | Defendant ILWU, Local 13 | (213) 623-0170 | jkim@holgar.com |
| L. Julius M. Turman | Defendant PMA | (415) 442-1000 | jturman@morganlewis.com |
| Dennis L.Kennelly | Plaintiffs | (650)853-1291 | secretarymim@aol.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

∗ The parties will inform the court by May 2,2008,as to the agreed-upon form of ADR.

Dated: April 28, 2008

                                                        _____
                                                         Attorney for Plaintiff

Dated:_____

                                                         Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA, et al.,

                    Plaintiff(s),                    CASE NO. CV-08-0119-TEH

              v.                                     NOTICE OF NEED FOR ADR PHONE
PACIFIC MARITIME ASSOCIATION, et                     CONFERENCE
al.

                    Defendant(s).
                                        /

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process *
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Mark F. Sullivan | Plaintiffs | (818) 889-2299 | mark.sullivan@calawcounsel.com |
| Phil A. Thomas | Defendant ILWU | (415) 771-6400 | pthomas@leonardcarder.com |
| John Kim | Defendant ILWU, Local 13 | (213) 623-0170 | jkim@holgar.com |
| L. Julius M. Turman | Defendant PMA | (415) 442-1000 | jturman@morganlewis.com |
| Dennis L. Kennelly | Plaintiffs | (650)853-1291 | secretarymim@aol.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a
telephone conference with a member of the ADR Legal Staff before the Case Management
Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your
phone conference.*

* The parties will inform the court by May 2, 2008, as to the agreed-upon
        form of ADR.

Dated: April 28, 2008                            _____
                                                 Attorney for Plaintiff

Dated: 4/28/08                                   _____
                                                 Attorney for Defendant  ILWU

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA, et al.,

Plaintiff(s),

v.

PACIFIC MARITIME ASSOCIATION, et al.

Defendant(s).

/

CASE NO. CV-08-0119-TEH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process *
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Mark F. Sullivan | Plaintiffs | (818) 889-2299 | mark.sullivan@calawcounsel.com |
| Phil A. Thomas | Defendant ILWU | (415) 771-6400 | pthomas@leonardcarder.com |
| John Kim | Defendant ILWU, Local 13 | (213) 623-0170 | jkim@holgar.com |
| L. Julius M. Turman | Defendant PMA | (415) 442-1000 | jturman@morganlewis.com |

Dennis L. Kennelly    Plaintiffs    (650)853-1291    secretarymim@aol.com

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

* The parties will inform the court by May 2,2008,as to the agreed-upon form of ADR.

Dated: April 28, 2008

Dated: 4/28/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant/PMA

Rev 12.05    When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA, et al.,

                Plaintiff(s),

                v.

PACIFIC MARITIME ASSOCIATION, et al.

                Defendant(s).

CASE NO. CV-08-0119-TEH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process *
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Mark F. Sullivan | Plaintiffs | (818) 889-2299 | mark.sullivan@calawcounsel.com |
| Phil A. Thomas | Defendant ILWU | (415) 771-6400 | pthomas@leonardcarder.com |
| John Kim | Defendant ILWU, Local 13 | (213) 623-0170 | jkim@holgar.com |
| L. Julius M. Turman | Defendant PMA | (415) 442-1000 | jturman@morganlewis.com |
| Dennis L. Kennelly | Plaintiffs | (650)853-1291 | secretarymim@aol.com |

=
*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

\* The parties will inform the court by May 2,2008, as to the agreed-upon form of ADR.

Dated: April 28, 2008

                              Attorney for Plaintiff

Dated: 4/28/08

                              Attorney for Defendant ILWU, Local 13

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."