CLIFFORD D. SETHNESS (SBN 212975)
JASON M. STEELE (SBN 223189)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: 213.612.2500 / Fax: 213.612.2501
csethness@morganlewis.com
jsteele@morganlewis.com

L. JULIUS M. TURMAN, State Bar No. 226126
M. MICHAEL COLE, State Bar No. 235538
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  415.442.1000
Facsimile:   415.442.1001
jturman@morganlewis.com
mcole@morganlewis.com
sgarrett@morganlewis.com

*Attorneys for Defendant*
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 08 0119 TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN AMENDED COMPLAINT AND TO ANSWER OR OTHERWISE RESPOND** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER
OR OTHERWISE RESPOND

Case No. CV 08 0119 TEH

1  WHEREAS, Plaintiffs' filed their Complaint in the above-referenced matter
2  on January 7, 2008, and Defendants were served by mail on February 6, 2008;
3  WHEREAS, on March 3, 2008, the Defendants filed a Motion to Compel
4  Exhaustion of Contractual Grievance Arbitration Process And to Dismiss For
5  Failure to State a Claim Upon Which Relief May Be Granted ("Motion to
6  Dismiss"), which was heard on April 21, 2008;
7  WHEREAS, on April 25, 2008, this Court issued an Order denying in part
8  the Motion to Dismiss the First and Third Causes of Action and granting in part the
9  Motion to Dismiss the Second Cause of Action, with leave to amend;
10  WHEREAS, Defendants' response and/or answer to the First and Third
11  Causes of Action is due on May 5, 2008 – ten (10) days after the Court's Order
12  denying the Motion to Dismiss the First and Third Cause of Action;
13  WHEREAS, Plaintiffs have informed Defendants of their intention to file an
14  Amended Complaint on or about May 19, 2008;
15  WHEREAS, the parties are engaged in informal settlement discussion to
16  resolve the matter alleged, in its entirety;
17  WHEREAS, the parties have met and conferred and are continuing to meet
18  and confer concerning preparation of the Fed. R. Civ. P. Rule 26(f) Case
19  Management Statement;
20  WHEREAS, counsel for all parties do not wish to cause undue expense and
21  consumption of judicial resources by the filings of amendments and responses
22  thereto, if such filing can be avoided;
23  WHEREAS, counsel for all parties believe that a specific schedule for the
24  filing of Plaintiffs' Amended Complaint, and the filing of Defendants' responses
25  would be appropriate under the above circumstances;
26  WHEREAS, no party has requested or been granted any previous extension
27  in this matter and the parties do not believe that the request would alter the schedule
28  for the May 19, 2008, Initial Case Management Conference;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER    1    Case No. CV 08 0119 TEH
OR OTHERWISE RESPOND

1  WHEREAS, subject to the Court's approval, each party through their
2  undersigned attorneys stipulate as follows:
3  1. Plaintiffs shall file and serve the Amended Complaint on the Defendants, by
4  May 19, 2008;
5  2. Defendants shall have thirty (30) days thereafter (June 18, 2008) to answer,
6  respond or object to Plaintiffs' Amended Complaint;
7  3. The parties shall file their Fed. R. Civ. P. Rule 26(f) Joint Case Management
8  Statement on or about May 12, 2008; and
9  4. The Initial Case Management Conference in the matter shall remain
10  scheduled for May 19, 2008 at 1:30 p.m.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

Dated: May 5, 2008              SULLIVAN TAKETA LLP

                                By      /s/
                                   Mark F. Sullivan
                                   Lamdien T. Le
                                   Attorneys for Plaintiffs


Dated: May 5, 2008              LAW OFFICES OF DENNIS L. KENNELLY

                                By      /s/
                                   Dennis L. Kennelly
                                   Attorneys for Plaintiffs


Dated: May 5, 2008              MORGAN, LEWIS & BOCKIUS LLP

                                By      /s/
                                   L. Julius M. Turman
                                   Attorneys for Defendant
                                   Pacific Maritime Association

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER
OR OTHERWISE RESPOND

2

Case No. CV 08 0119 TEH

| | | |
|---|---|---|
| 1 | Dated: May 5, 2008 | LEONARD CARDER, LLP |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | Robert S. Remar |
| | | Phil A. Thomas |
| 5 | | Attorneys for Defendant |
| | | International Longshore & |
| 6 | | Warehouse Union |
| 7 | Dated: May 5, 2008 | HOLGUIN & GARFIELD, LLP |
| 8 | | |
| 9 | | By _____/s/_____ |
| | | John J. Kim |
| 10 | | Attorneys for Defendants |
| | | International Longshore & |
| 11 | | Warehouse Union, Local 13 |

## [PROPOSED] ORDER

Based on the foregoing Stipulation, and for good cause appearing, the Court hereby ORDERS:

1. Plaintiff shall file and serve the First Amended Complaint on the Defendants by May 19, 2008;

2. Defendants shall have thirty (30) days thereafter to answer, respond or object to Plaintiffs' First Amended Complaint;

3. The parties shall file their Rule 26(f) Joint Case Management Statement on or about May 12, 2008; and

4. The Initial Case Management Conference in the matter shall remain scheduled for May 19, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Dated:_____     _____
                            Honorable Thelton E. Henderson
                            United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER
OR OTHERWISE RESPOND

3

Case No. CV 08 0119 TEH