1  CLIFFORD D. SETHNESS (SBN 212975)
   JASON M. STEELE (SBN 223189)
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel: 213.612.2500 / Fax: 213.612.2501
   csethness@morganlewis.com
5  jsteele@morganlewis.com

6  L. JULIUS M. TURMAN, State Bar No. 226126
   M. MICHAEL COLE, State Bar No. 235538
7  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
9  Telephone:  415.442.1000
   Facsimile:   415.442.1001
10 jturman@morganlewis.com
   mcole@morganlewis.com
11 sgarrett@morganlewis.com

12 *Attorneys for Defendant*
   PACIFIC MARITIME ASSOCIATION

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 JOSE AYALA, DEANDRE                | Case No. CV 08 0119 TEH
   WHITTEN, LEROY PHILLIPS,           |
16 GONZALO TORRES, JOSE                | Hon. Thelton E. Henderson
   LINAREZ, KIMANI STAFFORD,          |
17 AND JOSEPH LAWTON, individuals,    | **STIPULATION AND [PROPOSED]**
                                       | **ORDER TO EXTEND TIME TO**
18              Plaintiffs,            | **FILE AN AMENDED**
                                       | **COMPLAINT AND TO ANSWER**
19          vs.                        | **OR OTHERWISE RESPOND**

20 PACIFIC MARITIME
   ASSOCIATION, a California
21 corporation; INTERNATIONAL
   LONGSHORE AND WAREHOUSE
22 UNION, a labor organization; and
   INTERNATIONAL LONGSHORE
23 AND WAREHOUSE UNION,
   LOCAL 13, a labor organization; and
24 DOES 1 through 10,

25              Defendants.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP AND [        ] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER                    Case No. CV 08 0119 TEH
OR OTHERWISE RESPOND

1    WHEREAS, Plaintiffs' filed their Complaint in the above-referenced matter
2  on January 7, 2008, and Defendants were served by mail on February 6, 2008;
3    WHEREAS, on March 3, 2008, the Defendants filed a Motion to Compel
4  Exhaustion of Contractual Grievance Arbitration Process And to Dismiss For
5  Failure to State a Claim Upon Which Relief May Be Granted ("Motion to
6  Dismiss"), which was heard on April 21, 2008;
7    WHEREAS, on April 25, 2008, this Court issued an Order denying in part
8  the Motion to Dismiss the First and Third Causes of Action and granting in part the
9  Motion to Dismiss the Second Cause of Action, with leave to amend;
10    WHEREAS, Defendants' response and/or answer to the First and Third
11  Causes of Action is due on May 5, 2008 – ten (10) days after the Court's Order
12  denying the Motion to Dismiss the First and Third Cause of Action;
13    WHEREAS, Plaintiffs have informed Defendants of their intention to file an
14  Amended Complaint on or about May 19, 2008;
15    WHEREAS, the parties are engaged in informal settlement discussion to
16  resolve the matter alleged, in its entirety;
17    WHEREAS, the parties have met and conferred and are continuing to meet
18  and confer concerning preparation of the Fed. R. Civ. P. Rule 26(f) Case
19  Management Statement;
20    WHEREAS, counsel for all parties do not wish to cause undue expense and
21  consumption of judicial resources by the filings of amendments and responses
22  thereto, if such filing can be avoided;
23    WHEREAS, counsel for all parties believe that a specific schedule for the
24  filing of Plaintiffs' Amended Complaint, and the filing of Defendants' responses
25  would be appropriate under the above circumstances;
26    WHEREAS, no party has requested or been granted any previous extension
27  in this matter and the parties do not believe that the request would alter the schedule
28  for the May 19, 2008, Initial Case Management Conference;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP AND [REDACTED] ORDER TO EXTEND TIME    1
TO FILE AN AMENDED COMPLAINT TO ANSWER            Case No. CV 08 0119 TEH
OR OTHERWISE RESPOND

1  WHEREAS, subject to the Court's approval, each party through their undersigned attorneys stipulate as follows:

1. Plaintiffs shall file and serve the Amended Complaint on the Defendants, by May 19, 2008;
2. Defendants shall have thirty (30) days thereafter (June 18, 2008) to answer, respond or object to Plaintiffs' Amended Complaint;
3. The parties shall file their Fed. R. Civ. P. Rule 26(f) Joint Case Management Statement on or about May 12, 2008; and
4. The Initial Case Management Conference in the matter shall remain scheduled for May 19, 2008 at 1:30 p.m.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

Dated: May 5, 2008          SULLIVAN TAKETA LLP

                            By   /s/
                                 Mark F. Sullivan
                                 Lamdien T. Le
                                 Attorneys for Plaintiffs

Dated: May 5, 2008          LAW OFFICES OF DENNIS L. KENNELLY

                            By   /s/
                                 Dennis L. Kennelly
                                 Attorneys for Plaintiffs

Dated: May 5, 2008          MORGAN, LEWIS & BOCKIUS LLP

                            By   /s/
                                 L. Julius M. Turman
                                 Attorneys for Defendant
                                 Pacific Maritime Association

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

STIP AND [■■■■] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER
OR OTHERWISE RESPOND

2

Case No. CV 08 0119 TEH

| | | |
|---|---|---|
| 1 | Dated: May 5, 2008 | LEONARD CARDER, LLP |
| 2 | | |
| 3 | | By    /s/ |
| 4 | | Robert S. Remar |
| | | Phil A. Thomas |
| 5 | | Attorneys for Defendant |
| | | International Longshore & |
| 6 | | Warehouse Union |
| 7 | Dated: May 5, 2008 | HOLGUIN & GARFIELD, LLP |
| 8 | | |
| 9 | | By    /s/ |
| | | John J. Kim |
| 10 | | Attorneys for Defendants |
| | | International Longshore & |
| 11 | | Warehouse Union, Local 13 |

## [~~PROPOSED~~] ORDER

Based on the foregoing Stipulation, and for good cause appearing, the Court hereby ORDERS:

1. Plaintiff shall file and serve the First Amended Complaint on the Defendants by May 19, 2008;

2. Defendants shall have thirty (30) days thereafter to answer, respond or object to Plaintiffs' First Amended Complaint;

3. The parties shall file their Rule 26(f) Joint Case Management Statement on or about May 12, 2008; and

4. The Initial Case Management Conference in the matter shall remain scheduled for May 19, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 5/6/2008

_____
Honorable Thelton E. Henderson
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP AND [~~PROPOSED~~] ORDER TO EXTEND TIME
TO FILE AN AMENDED COMPLAINT TO ANSWER
OR OTHERWISE RESPOND

3

Case No. CV 08 0119 TEH