ROBERT S. REMAR (SBN 100124)
PHIL A THOMAS (SBN 248517)
LEONARD, CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415)771-7010

*Attorneys for Defendant*
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD and JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation,; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 though 10<br><br>Defendants | Case No. CV-08-0119 TEH<br><br>**REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     May 19, 2008<br>Time:    1:30 p.m<br>Courtroom:  12<br><br>Hon. Thelton E. Henderson |

Pursuant to Civil L.R. 16-10(a), the undersigned counsel for Defendant International Longshore and Warehouse Union requests the Court's permission to participate by telephone in the Initial Case Management Conference in this matter, scheduled for Monday, May 19, 2008

at 1:30 p.m. Counsel will be away from the San Francisco area on that date, but can appear telephonically.

DATED May 12, 2008

Respectfully Submitted.

LEONARD CARDER, LLP

Phil A Thomas
Attorneys for Defendant
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

## ORDER

The court grants, Phil A Thomas's, attorney for International Longshore and Warehouse Union, request to participate by telephone at the Initial Case Management Conference, scheduled for May 19, 2008 at 1:00pm. Phil A Thomas can be reached at all times at 415-260-6009.

DATED: May _____, 2008

Hon. Thelton E. Henderson

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400   FAX (415) 771-7010