ROBERT S. REMAR (SBN 100124)
PHIL A THOMAS (SBN 248517)
LEONARD, CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415)771-7010

*Attorneys for Defendant*
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD and JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation,; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 though 10<br><br>Defendants | Case No. CV-08-0119 TEH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed labor organizations have a non-financial interest in the subject matter of this proceeding that could be substantially affected by the outcome: ILWU Local Unions 4 (Vancouver, WA), 7 (Bellingham, WA), 8 (Portland, OR), 10 (San Francisco, CA), 12 (North Bend, OR), 14

(Eureka, CA), 18 (West Sacramento, CA), 19 (Seattle, WA), 21 (Longview, WA), 23 (Fife, WA), 24 (Hoquiam, WA), 25 (Anacortes, WA), 27 (Port Angeles, WA), 29 (National City, CA), 32 (Everett, WA), 34 (San Francisco, CA), 40 (Portland, OR), 46 (Port Hueneme, CA), 46 (Olympia, WA), 50 (Astoria, OR), 51 (Allyn, WA), 52 (Seattle, WA), 53 (Newport, OR), 54 (Stockton, CA), 63 (San Pedro, CA), 91 (Oakland CA), 92 (Portland, OR), 94 (San Pedro, CA), and 98 (SeaTac, WA).

DATED May 12, 2008

Respectfully Submitted.

LEONARD CARDER, LLP

Phil A. Thomas
Attorneys for Defendant
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION