STEVEN HOLGUIN [SBN 115768]
JOHN KIM [SBN 232957]
HOLGUIN, GARFIELD & MARTINEZ, APLC
800 West Sixth Street, Suite 950
Los Angeles, CA 90017
Telephone: 213/623-0170
Fax: 213/623-0171
sholguin@holar.com
jkim@holgar.com

Attorneys for Defendant
International Longshore and Warehouse Union, Local 13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individually, <br><br>   Plaintiffs, <br><br>   v. <br><br> PACIFIC MARITIME ASSOCIATION, a California Corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 13, a labor organization; and DOES 1 through 10, inclusive, <br><br>   Defendants. | Case No. CV 08 0119 TEH <br><br> Judge: Hon. Thelton E. Henderson <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint filed: January 7, 2008 <br> Trial Date:     None Set |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed labor organizations have a non-financial interest in the subject matter of this proceeding that could be substantially affected by the outcome: ILWU Local Unions 4 (Vancouver, WA), 7 (Bellingham, WA), 8 (Portland, OR), 10 (San Francisco, CA), 12 (North Bend, OR), 14 (Eureka, CA), 18 (West Sacramento, CA), 19 (Seattle,

1  WA), 21 (Longview, WA), 23 (Fife, WA), 24 (Hoquiam, WA), 25 (Anacortes, WA),
2  27 (Port Angeles, WA), 29 (National City, CA), 32 (Everett, WA), 34 (San
3  Francisco, CA), 40 (Portland, OR), 46 (Port Hueneme, CA), 47 (Olympia, WA), 50
4  (Astoria, OR), 51 (Allyn, WA), 52 (Seattle, WA), 53 (Newport, OR), 54 (Stockton,
5  CA), 63 (San Pedro, CA), 91 (Oakland, CA), 94 (San Pedro, CA), and 98 (SeaTac,
6  WA).

7  DATED: May 14, 2008                    HOLGUIN, GARFIELD & MARTINEZ

9                                         By: _____/s/_____
                                                John J. Kim
10                                         Attorneys for Defendant INTERNATIONAL
                                           LONGSHORE AND WAREHOUSE UNION,
11                                         LOCAL 13

---

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**