# EXHIBIT "A"

Via Overnite Delivery
And U.S. Mail, Certified
<u>Return Receipt Requested</u>

July 17, 2007

Frank Ponce de Leon
ILWU Local #13
231 West "C" Street
Wilmington, CA 90744

RE:  Request for PCLCD, Supplement I Transfers to Local 13

Dear Brother de Leon:

We, the undersigned, are all fully registered Class A longshoremen in good standing with the ILWU and with Local 10 of the ILWU, San Francisco. For personal and family reasons, each one of us desires to relocate permanently to the Los Angeles area. Under Supplement I of the Pacific Coast Longshore Contract Document ("PCLCD"), we have "coastwise registration" and we are all seeking to exercise the privileges of such registration to request transfer from Local 10 to the registered list of Local 13. We know that there is no shortage of work in the Port of Los Angeles-Long Beach as evidenced by the daily dispatch not only of hundreds of limited registration (Class B) longshoreman, but also of unregistered casual personnel.

Enclosed herewith is a copy of a letter written by Local 10 Secretary-Treasurer Farless F. Darley, III, approving our request to transfer under Supplement I of the PCLCD and asking that the matter be addressed at the next meeting of the Los Angeles-Long Beach Joint Port Labor Relations Committee (Los Angeles-

Long Beach JPLRC). This, as you know, is the procedure for a transfer specified in Supplement I of the PCLCD.

Several of us have made informal inquiries about exercising our coastwise registration rights under Supplement I and have either received no response from Local 13 or have been advised that our request is not likely to be honored for reasons not stated in the PCLCD. The PCLCD is the bedrock source of our status and rights as fully registered longshoremen and we believe we are entitled to have our request presented to the Los Angeles-Long Beach JPLRC pursuant to the procedures outlined in Supplement I of the PCLCD.

If our request is not going to be brought before the Los Angeles-Long Beach JPLRC, please provide us with a written statement why we are being denied what we believe to be our right. As we read Supplement I of the PCLCD, unresolved issues of coastwise registration are to be resolved by the Joint coast Labor Relations Committee. If we have not received a written response to this request within ten calendar days after the next meeting of the Los Angeles-Long Beach JPLRC, we reserve the right to present the matter to the Joint Coast Labor Relations Committee ("JCLRC").

All of us look forward to a favorable response to our transfer request. However, if there is disagreement, we want to assure that we have exhausted all administrative remedies under the PCLCD including submission to the JCLRC.

Fraternally,

LEROY PHILLIPS #9214

JOSEPH LAWTON #9340

DEANDRE WHITTEN #9436

KIMANI STANFORD #9381

DAK/mh

JOSE AYALA #9326

JOSE LINARES #9479

GONZALO TORRES #9414

# International Longshore and Warehouse Union

## Local 10     400 NORTH POINT, SAN FRANCISCO, CA 94133 • (415) 776-8100

PRESIDENT, Thomas A. Clark  
VICE PRESIDENT, Lawrence J. Thibeaux

Farless F. Dailey, III.  
SECRETARY TREASURER

May 24, 2007

Frank Ponce de Leon  
Secretary-Treasurer  
ILWU Local #13  
231 W "C" Street  
Wilmington, CA 90744

Dear Brother De Leon:

ILWU Local #10 is requesting the transfer of the following members to ILWU Local #13:

1. LEROY PHILLIPS      9214
2. JOSE AYALA          9326
3. JOSEPH LAWTON       9340
4. JOSE LINARES        9479
5. DEANDRE WHITTEN     9436
6. GONZALO TORRES      9414
7. KIMANI STANFORD     9381

These members are all in good standing and are hereby cleared for their request to transfer to ILWU Local #13. Please address this issue at your next LRC Meeting. For any further questions, please do not hesitate to call me at (415) 776-8100.

Fraternally,

Farless F. Dailey, III.  
Secretary-Treasurer  
ILWU Local #10

opeiu29/afl-cio:mp

# EXHIBIT "B"

## SULLIVAN TAKETA LLP
LAWYERS
31351 VIA COLINAS, SUITE 205
WESTLAKE VILLAGE, CALIFORNIA 91362
TELEPHONE (818) 889-2299
TELEPHONE (805) 494-4700
FACSIMILE (818) 889-4497

AUTHOR'S E-MAIL:
MARK.SULLIVAN@CALAWCOUNSEL.COM

September 5, 2007

RMcE ☐
JR ☐
RO ☑
LS ☑

RECEIVED
SEP 10 2007

RECEIVED
SEP 10 2007
COAST COMMITTEE

**VIA U.S. MAIL AND**
**FACSIMILE TRANSMISSION TO**
**(415) 348-8392 [PMA] AND (415) 775-1302 [ILWU]**

Jim C. McKenna,
President,
Pacific Maritime Association
555 Market Street
San Francisco, CA 94105-2800

Robert McEllrath,
International President, Longshore Division,
International Longshore and Warehouse
Union, AFL-CIO
1188 Franklin Street, 4th Floor
San Francisco, CA 94109

RE:   APPEAL TO JOINT COAST LABOR RELATIONS COMMITTEE

Gentlemen:

My firm and co-counsel, Dennis L. Kennelly, 1030 Curtiss Street, Suite 200, Menlo Park, CA 94025, represent the seven fully registered Class A longshoremen, listed below, who each signed the enclosed July 17, 2007 request for a PCLCD, Supplement I, transfer from ILWU, Local 10 to ILWU Local 13. To date, there has been no response to that request. We conclude from this lack of response that the Los Angeles-Long Beach Joint Port Labor Relations Committee will not be considering their request.

Our clients now appeal to you in your respective roles as members of the Joint Coat Labor Relations Committee. We remain optimistic that these individuals can and will receive due process under the auspices of the PCLCD. Please set this matter for hearing/consideration by the JCLRC. If this matter will not be heard by the JCLRC, please advise us so that we can document our good faith attempt to exhaust all internal administrative remedies.

Very truly yours,
SULLIVAN TAKETA LLP

*/s/ Mark F. Sullivan*
Mark F. Sullivan

MFS:mfs
Enclosures

SULLIVAN TAKETA LLP

September 6, 2007
Page 2

Copy: Dennis L. Kennelly, Esq.

Copy to Grievants:

    Leroy Phillips #9214
    Joseph Lawton #9340
    Deandre Whitten #9436
    Kimani Stanford #9381
    Jose Ayala #9326
    Jose Linares #9479
    Gonzalo Torres #9414