UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** Thelton E. Henderson

**Date**: May 19, 2008

**Case No:** C 08-00119 TEH

**Case Title**: JOSE AYALA, et al.  v. PACIFIC MARITIME ASSOCIATION, et al.

**Appearances:**

    For Plaintiff(s): Mark Sullivan, Dennis Kennelly

    For Defendant(s): Julius Turman, Phil Thomas (by phone), John Kim

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: not reported

## *PROCEEDINGS*

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (X) Continued to: **Monday, 09/15/08 at 1:30 PM for Further CMC**

## *SUMMARY*

- The parties shall meet and confer re: settlement as soon as possible.
- The response date is suspended for now.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.