**SULLIVAN TAKETA LLP**
LAWYERS
31351 VIA COLINAS, SUITE 205
WESTLAKE VILLAGE, CALIFORNIA 91362
TELEPHONE (818) 889-2299
FACSIMILE (818) 889-4497

AUTHOR'S E-MAIL:
MARK.SULLIVAN@CALAWCOUNSEL.COM

August 25, 2008

**SUBMITTED FOR E-FILING
COPY DELIVERED BY E-MAIL
TO OPPOSING COUNSEL**

Hon. Thelton E. Henderson
United States District Judge
Courtroom 12, 19th Floor
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3134

RE:   *Jose Ayala, et al. v. Pacific Maritime Association, et al.*
      USDC Case No. CV-08-0119 THE

**REQUEST FOR DISCOVERY DISPUTE CONFERENCE**

Dear Judge Henderson:

On May 19, 2008, a status conference was held in this case in which the Court urged the parties to work towards settlement. The Court advised that any disputes over necessary discovery should be handled informally by a telephone call directly to the Court. We made that call this morning and file this letter per directions from Court Clerk Espinosa.

June 27, 2008, the parties met and conferred in person in an effort to settle the subject case. That effort failed. The ILWU stated its position that the plaintiffs will fail on the merits but did offer to let the plaintiffs take their case to the Coast Arbitrator (but without any assurance of any discovery.) Plaintiffs believe that this case is meritorious and requested discovery to respond "on the merits." To that end, several hours were spent creating a list of documents that plaintiffs believe would further support their case. This list was orally delivered to defendants that date. On July 2, 2008, the discovery list/demand was formalized in a letter, a copy of which is attached hereto as Exhibit 1.

The parties did agree to mediate with Judge Edward Infante, taking his only available date, September 2, 2008, with briefing due to him on Tuesday, August 26, 2008. Until

Hon. Thelton E. Henderson
United States District Judge
August 25, 2008
Page 2

Friday, August 22, 2008, plaintiffs were unaware that there would be extensive objections to the requested discovery. On August 19, 2008, defendants requested plaintiffs' confidentiality agreement as a condition to releasing the requested discovery. After a day delay contacting my co-counsel who was out of his office, this agreement was signed as presented to plaintiffs. On Friday afternoon, August 23, 2008, defendants' discovery was delivered to plaintiffs' counsel. It consisted of a lengthy list of defendants' objections and a limited document production. A copy of defendants' objections is attached as Exhibit 2.

Plaintiffs responded to these objections with a Request For A Discovery Conference, copy attached as Exhibit 3.

Exhibit 3 has prompted an exchange of e-mails. Attached as Exhibits 4 and 5 are two e-mail strings which are identical except for the last response. Exhibit 4 concludes with the response of counsel for the PMA that defendants will be submitting a confidential mediation brief (thus making no further disclosures.) Exhibit 5 concludes with the response of the ILWU reiterating its position that plaintiffs case "fails on the merits."

Plaintiffs fear that the very costly mediation set for September 2, 2008 is pre-ordained to fail because of the dilemma created by ILWU's insistence on a presentation of proof while defendants simultaneously refuse to grant discovery. We seek the Court's intervention and assistance.

Sincerely,
SULLIVAN TAKETA LLP

Mark F. Sullivan

Copy:  L. Julius Thurman [jturman@morganlewis.com]
       John Kim [jkim@holgar.com]
       Phil Thomas [pthomas@leonardcarder.com]