IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Defendant._____/ | No. C 08-00119 TEH<br><br>**Clerk's Notice Scheduling Telephone Conference** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled a *Telephone Conference* for **Tuesday, 08/26/08** at **3:00 PM**, before the Honorable Thelton E. Henderson. Plaintiffs' counsel shall initiate the phone call with the number given by the undersigned.

Dated: August 25, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk