1  ROBERT S. REMAR (SBN 100124)
2  ELEANOR I. MORTON (SBN 220407)
   PHIL A THOMAS (SBN 248517)
3  LEONARD, CARDER, LLP
   1188 Franklin Street, Suite 201
4  San Francisco, CA 94109
   Tel: (415) 771-6400
5  Fax: (415)771-7010

6
7  Attorneys for Defendant
   INTERNATIONAL LONGSHORE
8  AND WAREHOUSE UNION

9
                   **UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11

| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD and JOSEPH LAWTON, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC MARITIME ASSOCIATION, a California corporation,; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 though 10 <br><br> Defendants | Case No. CV-08-0119 TEH <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |
|---|---|

PLEASE TAKE NOTICE that defendant INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, without waiving insufficient service of process, lack of jurisdiction or any other defense, hereby makes and enters its appearance in the above-entitled action by and through its attorneys Eleanor I. Morton and Leonard Carder, LLP.  All further papers and

1 | proceedings in this lawsuit, except original process, should be served upon defendant by means of

2 | the court's CM/ECF system or hand delivered to the address set forth below, as appropriate.

4 | Dated: September 8, 2008          LEONARD CARDER, LLP

By:      /s/ **Eleanor I. Morton**
ELEANOR I. MORTON
Attorneys for Defendant, INTERNATIONAL
LONGSHORE AND WAREHOUSE UNION