1  STEVEN HOLGUIN [SBN 115768]
   JOHN KIM [SBN 232957]
2  HOLGUIN, GARFIELD & MARTINEZ, APLC
   800 West Sixth Street, Suite 950
3  Los Angeles, CA 90017
   Telephone: 213/623-0170
4  Fax: 213/623-0171
   sholguin@holar.com
5  jkim@holgar.com

6  Attorneys for Defendant
   International Longshore and Warehouse Union, Local 13
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California Corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 13, a labor organization; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ | Case No. CV 08 0119 TEH<br><br>Judge: Hon. Thelton E. Henderson<br><br>**REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE: September 15, 2008<br>TIME: 1:30 p.m.<br>DEPT: 12<br><br>Complaint filed: January 7, 2008<br>Trial Date:     None Set |

Pursuant to Civil LR 16-10(a), the undersigned counsel for Defendant, International Longshore and Warehouse Union, Local 13 hereby requests the Court's permission to participate by telephone in the Case Management Conference scheduled in this matter for September 15, 2008 at 1:30 p.m. in Dept. 12 of the above

---

1

**REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

entitled court. Counsel's office is located in Los Angeles, California and counsel will not be in the San Francisco area on that date to appear in person, but is available to appear telephonically.

DATED: September 10, 2008          HOLGUIN, GARFIELD & MARTINEZ


                                   By:     /s/
                                        Steven Holguin
                                        Attorneys for Defendant INTERNATIONAL
                                        LONGSHORE AND WAREHOUSE UNION,
                                        LOCAL 13


## [PROPOSED] ORDER

The court hereby grants Steven Holguin, attorney for Defendant International Longshore and Warehouse Union, Local 13's request to participate by telephone at the Case Management Conference scheduled for September 15, 2008 at 1:30 p.m. Steven Holguin can be reached at (213) 623-0170 at any time.


DATED: _____


                                          _____
                                          Judge Thelton E. Henderson

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 800 West Sixth Street, Suite 950, Los Angeles, CA 90017.

On September 10, 2008, I served the foregoing document(s) described as: **REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** on interested parties in this action by placing true copies thereof enclosed in a sealed envelope as follows:

**\*See attached list\***

(x)   **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I will deposit such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California today.

( )   **(By Facsimile)** I served a true and correct copy by transmitting via facsimile pursuant to C.C.P. 1013(e), the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

( )   **(By UPS Next Day Delivery)** I served a true and correct copy enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) as above indicated.

(x)   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

( )   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 10, 2008, at Los Angeles, California.

/s/
Susan Sarff

**REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

**Service List:**

**Plaintiff's Counsel**
Mark Sullivan
Lamdien T. Le
Sullivan Taketa, LLP
31351 Via Colinas, Suite 205
Westlake Village, CA 91362-3755
Tel.   (818) 889-2299
Fax.   (818) 889-4497

Dennis L. Kennelly
Law Offices of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Meno Park, CA 94025
Tel. (650) 853-1291
Fax. (650) 854-7839

**Defendant PMA's Counsel**
L. Julius M. Turman
M. Michael Cole
Steven J. Garrett
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel.   (415) 442-1000
Fax.   (415) 442-1001

**Defendant ILWU's Counsel**
Robert Remar
Phil A. Thomas
Leonard, Carder, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel.    (415) 771-6400
Fax.    (415) 771-7010