MARK F. SULLIVAN, State Bar No. 111011
DONN S. TAKETA, State Bar No. 132654
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile: (818) 889-4497
E-mail:     mark.sullivan@calawcounsel.com
            dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839
E-mail:     secretarymim@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSÉ LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>**PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>DATE:  Sept. 15, 2008<br>TIME:  1:30 p.m.<br>CTRM:  12 |

1

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

Mark F. Sullivan, one of the attorneys of record for Plaintiffs Jose Ayala, Deandre Whitten, Leroy Phillips, Gonzalo Torres, Jose Linarez, Kimani Stafford, and Joseph Lawton requests permission from the Court to appear by telephone at the Case Management Conference set for September 15, 2008, at 1:30 PM. Plaintiffs' counsel makes this requests in the interest of conserving the time and travel costs of appearing in person from Southern California.

Respectfully submitted,

DATED: September 9, 2008    SULLIVAN TAKETA LLP

By: _____
Mark F. Sullivan
Donn S. Taketa
Lamdien T. Le
Attorneys for Plaintiffs

## ORDER

FOR GOOD CAUSE APPEARING, Plaintiffs' counsel's request to appear by telephone at the Case Management Conference set for September 15, 2008 is GRANTED.

Dated: 09/10/08



THELTON E. HENDERSON
United States District Judge

2
PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-08-0119-TEH