STEVEN HOLGUIN [SBN 115768]
JOHN KIM [SBN 232957]
HOLGUIN, GARFIELD & MARTINEZ, APLC
800 West Sixth Street, Suite 950
Los Angeles, CA 90017
Telephone: 213/623-0170
Fax: 213/623-0171
sholguin@holar.com
jkim@holgar.com

Attorneys for Defendant
International Longshore and Warehouse Union, Local 13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSE LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California Corporation; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 13, a labor organization; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 08 0119 TEH<br><br>Judge: Hon. Thelton E. Henderson<br><br>**REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE: September 15, 2008<br>TIME: 1:30 p.m.<br>DEPT: 12<br><br>Complaint filed: January 7, 2008<br>Trial Date: None Set |

Pursuant to Civil LR 16-10(a), the undersigned counsel for Defendant, International Longshore and Warehouse Union, Local 13 hereby requests the Court's permission to participate by telephone in the Case Management Conference scheduled in this matter for September 15, 2008 at 1:30 p.m. in Dept. 12 of the above

1

**REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

entitled court. Counsel's office is located in Los Angeles, California and counsel will not be in the San Francisco area on that date to appear in person, but is available to appear telephonically.

DATED: September 10, 2008        HOLGUIN, GARFIELD & MARTINEZ

                                 By:    /s/
                                    Steven Holguin
                                    Attorneys for Defendant INTERNATIONAL
                                    LONGSHORE AND WAREHOUSE UNION,
                                    LOCAL 13

### [PROPOSED] ORDER

The court hereby grants Steven Holguin, attorney for Defendant International Longshore and Warehouse Union, Local 13's request to participate by telephone at the Case Management Conference scheduled for September 15, 2008 at 1:30 p.m. Steven Holguin can be reached at (213) 623-0170 at any time.

DATED: 09/11/08

_____
Judge Thelton E. Henderson

*(Signature and seal of United States District Court, Northern District of California — Judge Thelton E. Henderson)*