United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA, et al.,

       Plaintiffs,

       v.

PACIFIC MARITIME ASSOCIATION, et al.,

       Defendants.

_____/

No. C 08-00119 TEH  (EDL)

NOTICE AND ORDER SETTING
BRIEFING SCHEDULE

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiffs' Motion for Discovery Sanctions, filed in the above-entitled action on April 28, 2009. The hearing on Plaintiffs' Motion is rescheduled to **June 16, 2009 at 9:00 a.m.** before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

The opposition shall be served and filed no later than **May 12, 2009.** Any reply to the opposition shall be served and filed no later than **May 19, 2009**.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance with Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered.

If documents are filed electronically, a paper chambers copy of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper

chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not <u>file</u> a paper copy of any document with the Clerk's Office that has already been filed electronically.

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: April 30, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2