CLIFFORD D. SETHNESS (SBN 212975)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500 / Fax: 213.612.2501
csethness@morganlewis.com

L. JULIUS M. TURMAN, State Bar No. 226126
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
jturman@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC MARITIME ASSOCIATION, a California corporation, et al., <br><br> Defendants. | Case No. CV 08 0119 THE <br><br> STIPULATION TO DISMISS DEFENDANT PACIFIC MARITIME ASSOCIATION WITH PREJUDICE AND [PROPOSED] ORDER <br><br> [Complaint Filed: January 7, 2008] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Jose Ayala, Joseph Lawton, Jose Linarez, Leroy Phillips, Kimani Stafford, Gonzalo Torres, and Deandre Whitten ("Plaintiffs") and Defendant Pacific Maritime Association ("PMA"), by and through their respective counsel, hereby STIPULATE to the following:

1. Defendant PMA has appeared in this case by filing an answer;

2. Defendant PMA is hereby DISMISSED from this action with prejudice;

3. Defendant PMA hereby waives its costs and fees directly attributable to defending the claims asserted by Plaintiffs.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21094361.1

1

Case No. CV 08 0119 THE
STIPULATION TO DISMISS
AND [PROPOSED] ORDER

IT IS SO STIPULATED.

SULLIVAN TAKETA LLP

Dated: May 8, 2009

By: _____
Mark F. Sullivan

LAW OFFICES OF DENNIS L. KENNELLY

Dated: MAY 11, 2009

By: _____
Dennis L. Kennelly

Attorneys for Plaintiffs

MORGAN LEWIS & BOCKIUS LLP

Dated: May 12, 2009

By: _____
L. Julius M. Turman
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/20/09

By: _____
Hon. Thelton E. Henderson
United States District Court Judge

Judge Thelton E. Henderson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21094361.1

2

Case No. CV 08 0119 THE
STIPULATION TO DISMISS
AND [PROPOSED] ORDER