MARK F. SULLIVAN, State Bar No. 111011
DONN S. TAKETA, State Bar No. 132654
LAMDIEN T. LE, State Bar No. 185331
SULLIVAN TAKETA LLP
31351 Via Colinas, Suite 205
Westlake Village, California 91362-3755
Telephone: (818) 889-2299
Facsimile: (818) 889-4497
E-mail: mark.sullivan@calawcounsel.com
        dien.le@calawcounsel.com

DENNIS L. KENNELLY, State Bar No. 064916
LAW OFFICES OF DENNIS L. KENNELLY
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839
E-mail: secretarymim@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC MARITIME ASSOCIATION, a California corporation, et al., <br><br> Defendants. | Case No.: CV-08-0119-TEH <br><br> [Complaint Filed: January 7, 2008] <br><br> **REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE** <br><br> DATE: Dec. 7, 2009 <br> TIME: 1:30 p.m. <br> CTRM: 12 |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

Mark F. Sullivan, one of the attorneys of record for Plaintiffs Jose Ayala, Deandre Whitten, Leroy Phillips, Gonzalo Torres, Jose Linarez, Kimani Stafford, and Joseph Lawton, requests permission from the Court to appear at the Case Management Conference set for December 7, 2009 at 1:30 PM by telephone.

1

**REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**
Case No. CV-08-0119-TEH

The reason for the request is as follows. On November 21, 2009, Mr. Sullivan suffered the unexpected loss of his mother. After funeral services in San Francisco and Michigan, Mr. Sullivan's mother is scheduled to be interred in Michigan on December 5, 2009. Mr. Sullivan, as his late mother's personal representative, is involved in arranging these matters, and does not expect that he will be physically back in California until after December 7, 2009.

Respectfully submitted,

DATED: November 30, 2009                SULLIVAN TAKETA LLP

By: *G. Galbraith* (signature)

Mark F. Sullivan
Donn S. Taketa
Lamdien T. Le
George P. Galbraith
Attorneys for Plaintiffs

### ORDER

FOR GOOD CAUSE APPEARING, Plaintiffs' request to appear by telephone at the Case Management Conference set for December 7, 2009 is GRANTED.

Dated: 12/01/09

*Thelton Henderson* (signature)
Hon. Thelton E. Henderson

2
**REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**
Case No. CV-08-0119-TEH