```
 1  ROBERT S. REMAR (SBN 100124)
    PHIL A. THOMAS (SBN 248517)
 2  LEONARD, CARDER, LLP
    1188 Franklin St., Suite 201
 3  San Francisco, CA 94109
    Tel: (415) 771-6400 / Fax: (415) 771-7010
 4  E-mail:    rremar@leonardcarder.com
               pthomas@leonardcarder.com
 5
 6  Attorneys for Defendant
    INTERNATIONAL LONGSHORE AND WAREHOUSE UNION
 7
 8  STEVEN R. HOLGUIN (SBN 115768)
    GILLIAN GOLDBERG (SBN 245662)
 9  HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC
    800 West Sixth Street, Ste. 950
10  Los Angeles, CA 90048
    Tel: (213) 623-0170 / Fax: (213) 623-0171
11  E-mail:    sholguin@hgmq.org
               ggoldberg@hgmq.org
12
13  Attorneys for Defendant
    INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13
14
    (Additional Counsel listed on next page)
15
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ AYALA, DEANDRE WHITTEN, LEROY PHILLIPS, GONZALO TORRES, JOSÉ LINAREZ, KIMANI STAFFORD, AND JOSEPH LAWTON, individuals,<br><br>      Plaintiffs,<br>vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, a labor organization; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 13, a labor organization; and DOES 1 through 10,<br><br>      Defendants. | Case No.: CV-08-0119-TEH<br><br>[Complaint Filed: January 7, 2008]<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

1  MARK F. SULLIVAN, State Bar No. 111011
2  LAMDIEN T. LE, State Bar No. 185331
   SULLIVAN TAKETA LLP
3  31351 Via Colinas, Suite 205
   Westlake Village, California 91362-3755
4  Tel: (818) 889-2299 / Fax:  (818) 889-4497
   E-mail:     mark.sullivan@calawcounsel.com
5              dien.le@calawcounsel.com

6  DENNIS L. KENNELLY, State Bar No. 064916
   LAW OFFICES OF DENNIS L. KENNELLY
7  1030 Curtis Street, Suite 200
   Menlo Park, California 94025
8  Tel: (650) 853-1291/ Fax:  (650) 854-7839
   E-mail:     secretarymim@aol.com

9  Attorneys for Plaintiffs

## [PROPOSED] ORDER

In light of the **STIPULATION** of the parties, the Court hereby **ORDERS** that the Case Management Conference in the above-captioned matter shall be continued to June 7, 2010 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: March 24, 2010          BY: _____
                                    Honorable Thelton E. Henderson, Judge
                                    United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*