IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC MARITIME ASSOCIATION, et al., <br><br> Defendants. | NO. C08-0119 TEH <br><br> ORDER SETTING DATES FOR TRIAL |

This matter came before the Court for case management on June 7, 2010, at which time the parties agreed to the following dates:

TRIAL DATE: Trial before the Court will begin in Courtroom No. 12 on Tuesday, October 26, 2010, at 8:30 AM, and shall last for an estimated six days.

PRETRIAL CONFERENCE: The Court will hold a pretrial conference on Monday, October 18, 2010, at 3:00 PM. Counsel who intend to try the case must attend the pretrial conference.

JOINT STATEMENT: The parties shall file a joint pretrial conference statement no later than October 8, 2010.

MEETING AND DISCLOSURE: Lead counsel who will try the case shall meet and confer on or before September 17, 2010.

EXPERT DISCLOSURES: The identity of Plaintiffs' expert witnesses shall be disclosed at least 30 calendar days prior to the pretrial conference; the identity of

1  Defendants' experts shall be disclosed at least 15 calendar days prior to the pretrial
2  conference.

4      The parties are advised to consult the Court's March 20, 2009 Order for Pretrial
5  Preparation for additional guidance regarding the Court's expectations for trial.

7  **IT IS SO ORDERED.**

8  Dated: 6/8/10

9  THELTON E. HENDERSON, JUDGE
   UNITED STATES DISTRICT COURT