IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA, et al.,

            Plaintiffs,

      v.

PACIFIC MARITIME ASSOCIATION, et al.,

            Defendants.

NO. C08-0119 TEH

ORDER TO SHOW CAUSE

When Plaintiffs' counsel failed to appear at a 10 a.m. hearing on September 20, 2010, the Court invited Defendants' counsel to submit declarations setting forth the time they lost as a result, as well as their regular hourly rate.[1] Instead, Defendants' counsel submitted the regular hourly rate of their opponents. This is not the information the Court requested.

It has become apparent that the parties in this case are incapable of following the Court's directions when an alternative course would disadvantage their opponents. Both parties should expect further sanctions if this conduct continues.

As to sanctions relating to the hearing on September 20, 2010, Plaintiffs' counsel are hereby ORDERED TO SHOW CAUSE in writing by October 1, 2010, as to why the Court should not order them to pay, jointly and severally, $300 to each of Defendants' attorneys who appeared at the hearing.

**IT IS SO ORDERED.**

Dated: 9/23/2010

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court said: "I would suggest you prepare a declaration ... setting forth your regular billing hours and how much time you lost coming here this morning, going back and getting back. Do it accurately, just the time you've lost. And you can waive it, of course."